UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MOMS FOR LIBERTY – BREVARD COUNTY, FL, et. al, <br><br> *Plaintiffs*, <br><br> v. <br><br> BREVARD PUBLIC SCHOOLS, et. al, <br><br> *Defendants*. | Case No. 6:21-cv-1849-RBD-GJK <br><br> PROPOSED ORDER |

Upon motion for preliminary injunction by Plaintiffs;

IT IS ORDERED that Plaintiffs' motion for preliminary injunction is GRANTED. Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this injunction, are enjoined from enforcing the Brevard Public Schools Public Participation Policy's (Public Participation at Board Meetings, Brevard Sch. Bd. Policy Manual § 0000 Bylaws, Code po0169.1 (2014)), prohibitions on personally addressing school board members and school officials, and on speech deemed "personally directed," "abusive," or "obscene," and from discriminating on the basis of viewpoint in providing access to school board meetings, pending final judgment in this case.

SO ORDERED.

This the ___ day of _____, 2021.

_____
The Hon. Roy B. Dalton, Jr.
United States District Judge