# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MOMS FOR LIBERTY –
BREVARD COUNTY, FL, et al.

      Plaintiffs,                   CASE NO.: 6:21-cv-1849-RBD-GJK

vs.

BREVARD PUBLIC SCHOOLS, et al.,

      Defendants.

_____/

## AFFIDAVIT OF MISTY HAGGARD-BELFORD

STATE OF FLORIDA
COUNTY OF BREVARD

BEFORE ME, the undersigned authority, personally appeared Misty Haggard-Belford, who, after being first duly sworn, deposes and says based on her own personal knowledge:

1.     My name is Misty Haggard-Belford. I am the Chair of the Brevard County School Board ("Board"). This is my eighth year serving as a member of the Board and my third consecutive year acting as Chair of the Board.

2.     The information contained in this Affidavit is based on my personal knowledge.

3.     As the Board Chair, I was present at and conducted each of the meetings described in the Complaint and herein. The videos cited herein are

1

true and accurate representations of the Board meetings described below, except to the extent the videos do not accurately portray the volume level throughout the Board Room during the meetings due to the placement of the microphones. The microphone system is very directional and only catches sound emitted directly in front of the microphone. Microphones are not placed in the audience seating area; therefore, sounds, statements, and noise coming from the audience would not accurately be captured on the videos cited herein.

4.     As stated in the Board's bylaws, the Board has the dual responsibility of implementing statutory requirements pertaining to public education and meeting the educational needs of Brevard County's citizens. In furtherance of these responsibilities, the Board is committed to maintaining two-way communications with citizens of the Brevard school district ("District"), including encouraging citizens to bring their aspirations and concerns about the District and educational system to the attention of the Board. The Board also establishes policies and makes decisions on the basis of declared educational philosophy and goals and acts as a representative body for citizens in all matters related to programs and operations in the District.

## Public Comments Section of Board Meetings
## and Public Participation Policy

5.     Each regular Board meeting contains a public comment section at which members of the public may speak on items that are, or are not, on the

Board's agenda. As Chair of the Board, I am the presiding officer over Board meetings, including the public comment section of each meeting.

6.     Any member of the public may sign up to speak at Board meetings. Speakers are permitted to speak at Board meetings regardless of their viewpoints on any topic. The Board does not discriminate against speakers based on their viewpoints.

7.     Individuals who wish to be heard may register up to the time that the Board's meeting begins. Speakers complete a Public Comment Form asking for their name, address, telephone number, the capacity in which they are speaking (including whether they are speaking on behalf of, or as a member of, an organization), the subject of their remarks, and whether their intended topic is on an agenda item.

8.     We do not limit the number of people who sign up to speak at Board meetings. For example, at August 30, 2021 Board meeting, 142 speakers signed up, and I called each of these speakers when it was their turn to address the Board. https://brevardpublicschools.swagit.com/play/09012021-501, Item E (last accessed Nov. 22, 2021).

9.     Members of the Superintendent's staff collect the Public Comment Forms and compile a list of speakers in the order in which the speakers submitted the Public Comment Forms. The staff members then provide the list to me. I do not see the Public Comment Forms, and while I see a general

3

description of the topics that speakers intend to address, information is not relayed to me as to the speakers' viewpoints on these topics prior to them addressing the Board.

10.     In the event that there are more speakers or audience members than space in the Board room allows, speakers and audience members who cannot fit into the Board room are able to wait outside. A loudspeaker broadcasts the Board meeting to those waiting outside. In addition, the meetings are live-streamed on the Brevard Public Schools YouTube page (https://www.youtube.com/c/BrevardSchools) and Spectrum broadcasts the meetings on live T.V. to a local channel. If a speaker is waiting outside, the speaker can hear his/her name called over the loudspeaker when it is the speaker's turn to address the Board. People are therefore able to speak at Board meetings even if they are not sitting in the Board room.

11.     The Board maintains School Board Policy 0169.1, entitled "Public Participation at Board Meetings" ("Policy"). The Policy governs the manner in which I preside over the public comment section of Board meetings. A true and correct copy of the Policy, effective to October 26, 2021, is attached as **Exhibit 1**. A true and correct copy of the Policy, effective beginning October 26, 2021, is attached as **Exhibit 2**.

12.     The Policy provides that it "does not prohibit the Board from maintaining orderly conduct or proper decorum in a public meeting." *Id.* at 1.

4

13.     Public comments at Board meetings are subject to several provisions of the Policy. The first is that comments made by a member of the public are limited to three (3) minutes in duration, and persons will be recognized in the order in which requests to speak were received. The Chair may extend the time during which individuals speak, but I cannot recall ever extending the time allotted to an individual, regardless of their viewpoint.

14.     The second provision governing public comments states that rather than all members of groups or factions for or against a proposition at meetings in which a large number of individuals wish to be heard, the Board may require representatives of such groups or factions to address the proposition in their representative capacity. However, it is the Board's practice to allow all individuals to speak during the public comments section of meetings, even if they are members of a group or organization. For example, as discussed in more detail herein, many Moms for Liberty members (identified through shirts worn at our meetings) routinely attend our meetings and sign up to speak. The Board does not require that individuals who identify as Moms for Liberty members be heard solely through an appointed representative of Moms for Liberty. Instead, each Moms for Liberty member is given an opportunity to speak if he or she signed up to address the Board.

15.     The third provision of the Policy governing public comments addresses the registration procedure described above and requires the Chair

to "administer the rules of the Board" for the conduct of each Board meeting at which public participation is permitted.

16.     The Policy also contains guidelines to me as the Board Chair. These guidelines reiterate the requirements described above and also provide that "all statements shall be directed to the presiding officer; no person may address or question Board members individually. Staff members shall not be expected to answer questions from the audience unless called upon by the Board Chairman or the Superintendent."

17.     Should individuals fail to follow the Policy, the Policy allows the Chair to: (1) interrupt, warn, or terminate a participant's statement when the statement is too lengthy, personally directed, abusive, obscene, or irrelevant; (2) request any individual to leave the meeting when that person does not observe reasonable decorum; (3) request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting; and (4) call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action.

18.     The Policy also limits the public comments portion of the Board's meetings to 30 minutes, unless extended by a vote of the Board, except that all speakers who signed up to speak and who are outside of the 30-minute time limit may address the Board at the end of the meeting. In addition, up to 30

minutes of public discussion is allowed for each agenda action item. As a practical matter, the Board has always in my experience allowed all public comment requests, whether agenda-based or not. The Board often votes to extend the main public comments portion of the meeting past 30 minutes, particularly if there are few or no speakers signed up to address agenda items and the Board's remaining agenda is limited. One example of this occurred at our August 10, 2021 Board meeting, at which 56 speakers were signed up, and Board member Jennifer Jenkins moved to extend the main public comments section of the meeting to ensure that all audience members had their say, no matter "what side of the aisle" the speakers were on. https://brevardpublicschools.swagit.com/play/08102021-1031, Part E, 1:15 to 5:45 (last visited November 22, 2021).

19. I begin each public comments section of the Board's meetings by reviewing the Policy with the audience. This includes reminding the audience that "reasonable decorum is expected at all times, and your statements should be directed toward the Board's chairman. The chairman may interrupt, warn, or terminate a participant's statement when time is up, it's personally directed, abusive, obscene, or irrelevant. Should an individual not observe proper etiquette, the chairman may request the individual leave the meeting." I conclude the review of the Policy by asking the audience to "encourage an environment appropriate for our children, who may be present or watching

7

from home."

20.     As the Board's Chair, I am solely responsible for the manner in which the public comments section of each Board meeting is conducted. I call speakers up, interact with speakers, and manage each speaker's allotted time. The remaining Board members usually do not address the speakers during their comments.

21.     On the rare occasion when a public speaker is asked to leave a meeting due to the disruption that the speaker is causing, the speaker is welcome to convey his or her comments to the Board via email, phone, or letter. The speaker may also return for subsequent Board meetings to express his or her viewpoints verbally so long as the speaker follows the established rules of decorum in accordance with the Board's Policy.

## Purposes of the Policy

22.     The Policy's requirements are aimed at ensuring that public speakers are given an opportunity to share their perspectives, regardless of their viewpoints, while preventing disruption or interference with the Board's ability to conduct its business. The Policy is also aimed at maintaining decorum and avoiding the incitement of other audience members in a manner that would create an unsafe situation or one that may adversely impact children. There are often children physically present at Board meetings, and other children observe Board meetings via livestream video or recorded video.

46746878 v1

23.     Similarly, the purpose of the provision requiring audience members to speak to the Board's Chair is to avoid inciting disruption and unruliness in the Board meeting audience. The Board has observed that comments directed specifically to individual Board members tend to result in audience members calling out and becoming disruptive, whether in agreement or disagreement with the speaker's comments. This precludes the Board from conducting its business and also inhibits public speakers from being heard.

24.     The Policy does not prevent speakers from making public comments at Board meetings based on their viewpoints. The policy is designed to maintain decorum and civil conduct to enable the Board to conduct its business and ensure the safety and well-being of both the Board and the audience members. As demonstrated by the examples cited herein, the Policy is applied to all speakers, regardless of their position or point-of-view on an issue.

## Moms for Liberty Speakers at Board Meetings

25.     Moms for Liberty members do not always identify themselves as such when they speak during the Board meetings' public comment sections. If they do not verbally identify as Moms for Liberty members, they may be identified as such from their t-shirts reading "Moms for Liberty" or the Public Comment Forms that speakers fill out before the meetings, which ask speakers to identify what organization they are with, if any. Plaintiff Joseph Cholewa,

who never identified himself at Board meetings as a Moms for Liberty member, has been included in the figures below as a result of his assertion in this lawsuit that he is a member of Moms for Liberty.

26.     Based on these identifiers, between January 19, 2021 and October 26, 2021, at least 34 individuals who identified themselves as members of Moms for Liberty spoke at Board meetings. It is possible that more members may be identifiable.

27.     These 34 individuals spoke a total of at least 109 times during Board meetings between January 19, 2021 and October 26, 2021.

28.     Of the 109 times (at the least) that Moms for Liberty members spoke at Board meetings during this time period, Plaintiffs have identified only four occasions on which Moms for Liberty members were interrupted by me and only a single occasion on which I asked an alleged Moms for Liberty member (Mr. Cholewa) to leave the meeting.

29.     As described herein, Moms for Liberty members often criticize Board decisions and can be confrontational in tone. However, unless Moms for Liberty members—or any other public commenter—violate the Board's viewpoint-neutral Policy, I, as Chair of the Board, do not interrupt or otherwise intervene while they make their public statements. Each such occasion alleged by the Plaintiffs in the Complaint were for violations of the Policy, and I also treated commenters who differed with Plaintiffs' viewpoints the same way.

10

**Plaintiff Ashley Hall**

30.     Between January 19, 2021 and October 26, 2021, Plaintiff Ashley Hall spoke 13 times at Board meetings. Those meetings occurred on January 19, 2021; February 9, 2021; February 23, 2021; March 9, 2021; March 23, 2021; April 27, 2021; May 11, 2021; May 25, 2021; July 29, 2021; August 10, 2021; August 24, 2021; August 30, 2021; and October 26, 2021.

31.     Of the 13 times that Ms. Hall spoke during this time, I only interrupted her once. That interruption occurred on February 23, 2021, when Ms. Hall began to thank Board member Susin regarding a topic, and I asked her "not to focus on individual board members, and keep it focused on the chair of the board as a whole."

https://brevardpublicschools.swagit.com/play/02232021-979, Item E at 23:00-23:40 (last accessed Nov. 22, 2021). This was in keeping with the Policy's requirement that comments not be made directly to individual Board members.

32.     Ms. Hall always identified herself as a member and representative of Moms for Liberty when she spoke at Board meetings.

**Plaintiff Katie Delaney**

33.     Between January 19, 2021 and October 26, 2021, Plaintiff Katie Delaney spoke 13 times at Board meetings. Those meetings occurred on May 21, 2021; May 25, 2021; June 22, 2021; July 13, 2021; July 29, 2021; August 10, 2021; August 24, 2021; August 30, 2021; September 9, 2021; September 21,

11

2021; October 5, 2021; and October 26, 2021.

34. I never interrupted Ms. Delaney when she spoke at Board meetings.

35. Ms. Delaney never verbally identified herself as a Moms for Liberty member when she addressed the Board. She wore a Moms for Liberty shirt on two occasions, when she spoke on September 9, 2021 and September 21, 2021.

### Plaintiff Joseph Cholewa

36. Between January 19, 2021 and October 26, 2021, Plaintiff Joseph Cholewa spoke 5 times at Board meetings. Those meetings occurred on May 21, 2021; September 9, 2021; September 21, 2021; October 5, 2021; and October 26, 2021.

37. Of the 5 times that Mr. Cholewa spoke during this time, I interrupted him twice and asked him to leave once. These interruptions and the request to leave the Board room were due to violations of the Policy, as described in more detail below.

38. Mr. Cholewa never identified himself as a Moms for Liberty member during the occasions on which he spoke at Board meetings.

### Plaintiff Amy Kneessy

39. Plaintiff Amy Kneessy is a former member of the Board. I served with Ms. Kneessy on the Board and am personally familiar with her.

12

40.     Ms. Kneessy did not speak at any of the meetings that occurred between January 19, 2021 and October 26, 2021. I do not recall seeing Ms. Kneessy at any Board meetings that occurred during the 2021 calendar year.

## January 19, 2021 Meeting

41.     At the Board meeting that occurred on January 19, 2021, there were a total of 5 speakers. The speakers included one identifiable Moms for Liberty member, Ms. Hall.

42.     Ms. Hall delivered the following statement at the January 19, 2021 meeting, which was uninterrupted:

> I represent a growing movement of parents and teachers that are concerned about the overreach in power and overstep these rights that the board has taken in recent months. The question remains, at what measure will the mitigation measures such as mandated mask wearing and excessive quarantining end? I see you have measures for cases. This whole thing did not kick off with cases being measured. It kicked off with hospitalizations and deaths. Cases is one metric, but where are the other metrics? And when will this end? We've been asking for a metric for when these measures can end. I don't think that's an unreasonable request, to have a measurement of when do the masks come off of our children? And I would disagree with Mr. Calucci, that there are, there is no settled science on masks. So we can say it's about science all day long, but there are conflicting scientific studies on both sides. With that, I want to read a letter on behalf of another parent that's concerned about the lack of consistency your own policies on quarantining children have. She says, 'It is very concerning that you have taken no initiative to implement basic policies across the school system to streamline simple procedures.' One of her children was sent home to quarantined because a friend with no symptoms tested positive. After picking this child up from school early, she also picked up their sibling, who is at a different school. Since the student was not sent home with any useful

information, she called the school the following day. 'We were informed that' they would receive a letter from the health department and that it would be mailed to them. Why can't that be today's technology, you know, technological world, an email? 'Nonetheless, why would we need to wait days for information, uh, for this information?' So when she followed up with the sibling's school to see what the procedure was, when one member of the family is made to quarantine after exposure to an asymptomatic carrier, she thought perhaps there was a concern of a risk of her other child, who's at a different [school.] She was not given any answers as to whether her other child had to stay home because her one child was quarantined. So this is the mass confusion that these policies have created for our students and teach—and parents. So what this comes down to, is that if masks work, and social distancing work, why are we quarantining healthy children, disrupting schedules, disrupting families, disrupting livelihoods, and for what? You're sending a conflicting message about all these policies. So what's the metric and when will this end?

https://brevardpublicschools.swagit.com/play/01212021-1040, Item E at 7:50

(last visited Nov. 22, 2021).

## February 9, 2021 Meeting

43.    At the Board meeting that occurred on February 9, 2021, there were a total of 28 speakers. The speakers included three identifiable Moms for Liberty members, Ms. Hall, Jordan Johnson, and Marie Rogerson.

44.    Ms. Hall began speaking at the February 9, 2021 meeting at the 40:36 mark of Item E of the agenda, and began with the following:

Given the responses from last month's meeting, I want to start by reminding you all that standing here is not easy. The parents and teachers in our movement are aware that our views are frowned upon. We are called science deniers, COVIDiots, maskholes, and many other inflammatory terms that have been born from this pandemic. We have obscenities screamed at us right outside of

14

here, and we're told that we don't care about others, or that we even wish dea—, or, that we have other people wishing death upon us. Look at the Florida Today comment. Yet, here we are standing up here, putting ourselves in the line of fire. Let me go ahead and set the record straight. We are not here because we are selfish or that we deny the virus, or, my personal favorite, that our children are simply uncomfortable in these masks. We are here because we are witnessing the damage these policies are doing to our children's [raising voice] mental health. Guess what? Enough is enough. But no, we will not be silent. We will not stop talking about this. And Ms. Campbell, it is not our job to take it up with the CDC—that is your job.

https://brevardpublicschools.swagit.com/play/02102021-586, Item E at 40:36

(last accessed Nov. 22, 2021).

45.    Although Ms. Hall directed her last critique to Board member Campbell individually, I did not interrupt her.

46.    Ms. Hall continued as follows without interruption:

You're failing our children. I know you all would like for us to just go away. But look at this room right now. We're not going away. We're here to stay, and we will continue to organize and fight for our rights that you have so easily taken from us. You all took an oath to uphold our Constitution. But you are falling short of that oath by instating mandates that violate our parental rights and our right to decide what is best, in the best interest of our child's health, mentally, physically, and otherwise. I will end with this ruling that came from a judge in Pennsylvania, and it speaks volumes to where we sit today. 'Good intentions toward a laudable end are not alone enough to uphold government action against the Constitution, or a constitutional challenge. Indeed, the greatest threats to our system of constitutional liberties may arise when the ends are laudable and the intent is good,' which I do believe your intent is good. 'Especially in a time of emergency. In an emergency, even a vigilant public may let down its guard over its constitutional liberties, only to find that liberties, once relinquished, are hard to recoup, and that restrictions, while

15

expedient in the face of an emergency situation, may persist long
after the danger has passed.' We are simply asking for a metric to
when these mitigation measures can start to be rolled back. That
is not an unreasonable request, and if you think it is, you are not
the right person for this job.

*Id.*

47. Ms. Hall, Ms. Jordan, and Ms. Rogerson all delivered their comments to the Board without interruption at the February 9, 2021 meeting.

### February 23, 2021 Meeting

48. At the Board meeting that occurred on February 23, 2021, there were a total of 11 speakers. The speakers included four identifiable Moms for Liberty members, Ms. Hall, Carol Vyhonsky, Jordan Johnson, and Marie Rogerson. *See* https://brevardpublicschools.swagit.com/play/02232021-979, Item E (last accessed Nov. 22, 2021).

49. Of the 11 speakers, 6 critiqued the Board for restricting singing indoors during the COVID-19 pandemic (Ms. Rogerson, Ms. Vyhonsky, Ron Bradley, Lila Caracelo, Sophie Courtois, Rachel Wolfenbarger, and Julie Wolfenbarger). These speakers were not interrupted.

50. Of the Moms for Liberty members who spoke at the February 23, 2021 meeting, only Ms. Hall was interrupted. Ms. Hall first began by informing the Board that a nine-year-old boy was disappointed that he could not enter the Board room "due to your 'all of a sudden' mask mandate policy coming in here." *Id.* at 23:45. She acknowledged that the boy was able to read a letter "to

16

Mr. Mullins and Ms. Belford outside, but he could not come in today and is deeply disappointed." *Id.* Ms. Hall was not stopped for mentioning myself or Superintendent Mullins. As the Board Chair, speakers are free to refer to me. Furthermore, Superintendent Mullins is not a member of the Board and is not a subject of the Policy's restrictions against making comments directly to individual Board members.

51.     Ms. Hall continued, "Mr. Susin, I'm going to thank you personally for—," at which point I interrupted Ms. Hall as discussed above in keeping with the Policy against directing comments to individual Board members. I did not interrupt Ms. Hall due to the viewpoint that she was expressing.

52.     After this brief interruption, during which I stopped the 3-minute timer for Ms. Hall's comment period, Ms. Hall completed her statement without further interruption.

53.     I did not interrupt Ms. Vyhonsky, Ms. Rogerson, or Ms. Jordan while they presented their comments.

**March 9, 2021 Meeting**

54.     At the Board meeting that occurred on March 9, 2021, there were a total of 49 speakers. The speakers included 3 identifiable Moms for Liberty members: Ms. Hall, Ms. Rogerson, and Jennifer Dunn. *See* https://brevardpublicschools.swagit.com/play/03092021-1009, Item E (last accessed Nov. 22, 2021).

55. The majority of speakers at the March 9, 2021 meeting sought to address a non-discrimination policy adopted by the Board in 2016 that prohibits discrimination and harassment on the basis of gender identity or sexual orientation. Shortly before the March 9, 2021 meeting, Brevard Public Schools guidelines for implementing the policy, which include accommodations for transgender children concerning restroom use and sports participation, were circulated on social media. The guidelines sparked extensive interest in the community, and passionate advocates on both sides of the issue sought to address the Board on the policy and guidelines at the March 9, 2021 meeting.

56. On March 9, 2021, prior to the start of the Board meeting, protestors gathered outside the Board's building. People who wished to enter the building had to pass through the protestors, who utilized bullhorns to voice epithets and physically bumped into those entering for the meeting. As described by one speaker at the meeting, Susan Hodgers, who identified herself as the former president of the Trump Club:

> I came in my scrubs, I wrote a speech, I grabbed my daughter's binder here, and I was verbally attacked by people of my own party out there. They were screaming, called me a 'lesbian lover,' 'gay lover.' I was shaking. I'm still shaking. I can't believe that happened. So we need to have decorum, treat people with respect.

*Id.* at 33:40.

57. I became aware that were students in the parking lot outside the Board building who came to speak at the March 9, 2021 meeting. In light of

the hostile and potentially dangerous environment outside caused by a large crowd of agitated protestors, I asked Board staff and the law enforcement officers present at the meeting to escort the students and any parents or guardians accompanying them into the building to ensure their safety. I did not do this to favor these speakers based on their viewpoint.

58.　By having the students escorted into the building, I did not prevent anyone from speaking at the March 9, 2021 meeting. As discussed above, the Board does not limit the number of speakers at each meeting. Individuals who wish to speak but cannot be seated in the Board room due to space constraints can wait outside and listen to the meeting over the loudspeaker, and they can enter the Board room to speak when their name is called over the loudspeaker.

59.　Of the 49 people who signed up to speak at the March 9, 2021 meeting, 4 did not appear, 2 spoke on agenda items, 2 spoke about masks, 1 spoke on a policy concerning the drop-off and pick-up of items at schools, and 43 spoke on the 2016 policy and implementing guidelines. Sixteen of the speakers who addressed the Board were against the 2016 policy and guidelines, and 27 approved of the policy and guidelines.

60.　In their Complaint, the Plaintiffs refer to my interruption of one speaker for referencing the "liberal left." My interruption of this speaker, Lois Lacoste, who did not identify herself in any way as a Moms for Liberty member, was pursuant to the Policy's limits against statements that are "personally

directed, abusive, obscene, or irrelevant." Ms. Lacoste's description of the "liberal left" was irrelevant to her statement. Ms. Lacoste's full statement is set forth below:

> Lacoste: I am here regarding boys using girls' restrooms, and boys competing in girls' sports. This is the most outlandish topic of discussion our school board and parents should be having. Boys do not belong in girls' restrooms, and boys competing in girls' sports is just as appalling. If you have students who are not sure if they are a boy or a girl, please let me help you in knowing that God created us with one or the other chromosome, which makes us male or female. But the liberal left, who seem to rely so heavily on 'science,' ..."

> Haggard-Belford: So ma'am, I'm going to interrupt you. I've stopped your time so you aren't missing your time, okay? But … [Lacoste: Pardon?] I've stopped your time so we're not using your time to address this, but we're not going to do name-calling. Okay? From anyone who's speaking tonight. Please.

> Lacoste: I'm not insulting anyone. I'm stating a fact.

> Haggard-Belford: Um, you're referring to 'liberal left.' Let's just talk issue and move forward please.

> Lacoste: Anyway, they want proof of science and does not include chromosomes. Any identity crisis our children may be having should be a concern to the parents of those children, not school board members or teachers. That is not your job. Your job is to make sure our children receive a good quality education. These guidelines are an atrocity. These guidelines pertain primarily to transgender students. What percentage of the Brevard County student body is transgender or LGBTQ? Well, if you don't know, you better find out before you start passing rules and regulations on the majority who are not LGBTQ. Why are we kowtowing to a small percentage of students, only to harm the majority of the student body? Girls and boys deserve privacy in their own restroom without overlapping gender. If our K through 12 children are still so confused, then provide a non-gender-specific restroom for those children. Boys competing in girls' sports is just as

20

outrageous. Boys should compete with other boys, and girls should compete with other girls. It is a great disadvantage to the girls to have a boy competing with them. In closing, more than half of my property taxes go to Brevard County Public Schools, so I do have a vested interests in the decisions you make. You have been elected to support us, your constituents. We elected you, and our taxes pay your salary. Please do your job. I know there isn't much left anymore, but please use some common sense because you have become so open minded on these issues that your brains have fallen out. And finally, the issue is not about equity or equality. It's about the end of decency in America. The citizens of Brevard County are watching you. More importantly, God Almighty is watching you. How will each one of you answer to Him? I remind each one of you, no man or woman…

*Id.* beginning at 9:30.

61. I did not further interrupt Ms. Lacoste's statement until her 3-minute allotted time expired.

62. Another instance cited by the Plaintiffs involved a speaker who turned and addressed audience members rather than me as Chair of the Board. I interrupted this speaker, Lawrence Donna, and asked him to address me pursuant to the Policy's requirement that "all statements shall be directed to the presiding officer." The exchange with Mr. Donna occurred as follows:

Donna: Firstly, I would start by saying [turning and gesturing directly to audience members], I'm not against y'all. Love who you love, [inaudible] pronouns, [inaudible].

Haggard-Belford: So, I have stopped your time so that I'm not taking away your speaking time, okay? I just want to remind us so that we're all on the same page. Our only request is that we direct everything to the board chair instead of the audience.

Donna: Oh, okay. I come to y'all as a dad of four. Three of them are

21

girls. The concerns that I have with the new guides is the fact that of sexual assault.

*Id.* at 14:46.

63.     Mr. Donna continued his statement, which included citation to a Washington Examiner article concerning a sexual assault in a gender-neutral bathroom and his view that his children should not share a bathroom with students of the opposite sex. *See id.* beginning at 15:35. I did not interrupt the remainder of Mr. Donna's statement. *See id.*

64.     Ms. Rogerson began speaking at the meeting beginning at the 30:00 mark of Item E of the above-referenced video. Ms. Rogerson first stated that Moms for Liberty "does not condone hate, and we condemn any hateful actions that took place outside of this meeting." Ms. Rogerson also criticized the Board's 2016 policy and implementing guidelines as follows:

> I personally am here to speak about two main things about your LGBTQ policy that you released to staff, but not parents. Those are the sanctity of the family and the sanctity of our republic. Either parents have the right to direct the upbringing of their children, or they don't. Either we have a representative form of government, or we don't. According to your guidelines, we have neither.

Ms. Rogerson also noted previous comments by Board members that were made when the Board was debating whether to adopt the 2016 policy, and observed that "[o]ne of you [Board members] even said, 'We have no plans to change procedure.'" *Id.* at 32:18. I did not interrupt Ms. Rogerson, as she continued to address me as the Board chair and did not identify or direct her

comments to a specific Board member.

65.     I interrupted an additional audience member, Alono Chernyshov, who did not identify herself as a Moms for Liberty member, when she spoke regarding the Board's COVID-19 mask policy. Ms. Chernyshov stating, "My dear fellow Americans," and turned to the audience before continuing, "we are tired of this masquerade." *Id.* at 43:50. I responded by stating, "I'm going to interrupt you for just a moment and please ask that you speak to the board." *Id.* at 44:01. Ms. Chernyshov agreed and completed her statement, including her assertion that "[t]he school board was elected by the people, and for the people, and not for your creepy agenda." *Id.* at 46:45. I did not further interrupt her until her time expired and she attempted to continue speaking.

66.     The following statement by speaker Teresa Clayton, who did not identify herself as a Moms for Liberty member, was repeatedly critical of the Board's policies and the political left. I did not interrupt her, which further illustrates that the Policy is not applied to speakers based on their viewpoints. Ms. Clayton was free to fully express the following opinions:

> I want to begin by saying our country cannot govern or operate or pass laws based on feelings. … We have drag queens reading storybooks in public libraries to our innocent, impressionable children like this is normal. I thought the left were for girls and women, but when boys and young men up to 18 in girls' bathrooms, locker rooms. What's next, showers? So a boy on Monday can say 'I feel like a girl' on Wednesday, get to go watch our girls undress? The left says 'believe in science.' Well, there are only two genders, male and female. The left are allowing boys in girls' sports. Males

are biologically stronger, bigger lungs, muscle mass, and girls will never win awards, scholarships, or the chance to go into the Olympics. Biden's health secretary pick, Rachel Levine, who is transgender, at her Senate confirmation hearing would not answer the questions about allowing children hormonal injections that will alter them for life and pushing to not allow parents to even know about it. On the subject of mask mandates, coronavirus is airborne. It can be transmitted in through the eyes. It goes through the tear ducts into the nasal cavity into your lungs. It's false security. Also, if masks work, how come Democrats are releasing tens of thousands of prisoners in prison because of COVID. Give them all a mask. Why is Biden leaving our borders wide open? Tens of thousands of illegals coming in. Hundreds tested positive, released onto buses, headed all over our country, coming to a city near you. Close the border. The left and the Democrats want God out of our country any way possible, pushing abortions, LGTD [sic], LGBDTQ [sic], excuse me, want to do away with Christianity, Judeo-Christian values, beliefs. That is what this great country is founded on. That's why people are trying to come to our great country. Because it is the greatest country in the world. But if these policies get implemented, we will not have an America like we know it anymore. Any of you who vote for these harmful, crazy policies will be voted out. We will work tirelessly to fill your seats with people who believe in our children's mental, physical, health and future. God, freedom, and liberty, everything that has made America great.

*Id.* beginning at 49:56.

67. Another speaker, Kelly Miracle, who did not identify herself as a Moms for Liberty member, spoke against the 2016 policy and guidelines. She directly addressed me, but I did not interrupt her, as speakers are permitted under the Policy to address me directly as the Board's Chair:

When the initiative was passed in 2016, Ms. Belford, you assured us, and I'm actually quoting your own words, 'This has little to do with practices, and nothing to do with bathrooms.' It seems that was not true, and perhaps that quote is the only reason you're the

last remaining board member from that vote.

*Id.* at 57:53.

68.   Plaintiff Ashley Hall spoke at the March 9, 2021 meeting and was not interrupted. Her statement was as follows:

> I first wanted to say thank you for inviting what sounded like an echo chamber in this board room today to talk about an end goal with no advice to get to an end goal. So, thank you for that. Hopefully our task force, the task force that I was invited to be on, will have a little bit better of a solution than what they came up with today. The rest of the time I am going to talk about the guidelines as a spokesperson for Moms for Liberty. Seems like there's a little bit of misinformation about our organization and how we feel about this. I'm just going to kind of speak off the cuff, I'm not really going to read off my notes here, because one hundred percent, we want no bullying for any child. We want all children to feel safe in the school, in their schools. So that misconception is absolutely false. The idea that we want the guidelines to just, you know, be gone either is not correct. We would like you to take these guidelines back, take our concerns for parental notifications, for the actions that you're going to take to prevent abuse. So abuse, we're not so much worried for a trans student that would abuse, you know, abuse a person by going into their identified restroom. It's those that may take advantage of this now guideline that could lead to further abuse. So as a parent of a 7-year-old little boy and a 3-year-old little boy, and I know there are parents with boys and girls, boys and girls need to be considered for this, this guideline. So, have we considered everyone? I would like to see everyone considered in the guidelines because there could be unintended consequences that come from written guidelines. So I would like to see the guidelines further written out to include those that may be at risk. If there are students that are uncomfortable with this, how will you handle those students who are uncomfortable? And for those trans students who came and spoke, it was very inspiring to hear their stories. And, you know, we don't want to have a divide between us. What you saw out there today when we walked into this building is not representative of our organization. Even I was yelled at by 'my side.' I wouldn't call it my side. So, we want to

make sure that we're inclusive of all, and our students are considered who may be concerned with this.

69. Another speaker who addressed the Board at the March 9, 2021 meeting was Samantha Mason, who spoke in favor of the 2016 policy and implementing guidelines. Ms. Mason began by stating that the protestors outside the meeting "screamed at [her], called [her] a bitch, a whore, a prostitute." *Id.* at 1:40:15. I interrupted Ms. Mason at this point, stating "Whoa, whoa, whoa, whoa, whoa. I can't allow you to say those words in here, okay? . . . I need you to make sure you keep it clean." *Id.* at 1:40:28. This was due to the Policy preventing language that is "abusive, obscene, or irrelevant." The words that Ms. Mason repeated were abusive to her, obscene, and irrelevant to her points in favor of the 2016 policy and implementing guidelines. Notably, Ms. Mason took the opposite view of the 2016 policy and guidelines than those speakers whom I interrupted earlier in the meeting.

70. At the end of the public comments section of the meeting, I addressed the audience by stating:

> Several of you I had to interrupt as you were speaking. Please know it had absolutely nothing to do with you personally. I was just trying to make sure that we were all on the same page as far as expectations and focused on delivering that message. And with that, I also have to say to each and every one of you, thank you for being incredibly respectful this evening. Obviously, some emotional issues, and we had some very diverse perspectives, but I couldn't be more proud that we didn't have issues. Everybody managed to work together for the most part this evening, and so we appreciate that.

26

*Id.* at 1:48:30.

<u>**March 23, 2021 Meeting**</u>

71.    At the March 23, 2021 Board meeting, a total of 31 speakers signed up to speak. Of those speakers, three were identifiable Moms for Liberty members: Ms. Hall, Carrie Gerace, and Joyce Routh. *See* https://brevardpublicschools.swagit.com/play/03232021-1098, Item E (last accessed Nov. 22, 2021).

72.    The 2016 anti-discrimination policy remained a topic for multiple speakers at the March 23, 2021 meeting. Other topics included the Board's COVID-19 mask policy, hybrid learning/e-learning, and an agenda item related to the termination of a teacher.

73.    I interrupted the statements of three speakers during the March 23, 2021 meeting. One speaker was a proponent of the 2016 policy and implementing guidelines. The other two speakers were against the policy and guidelines.

74.    The first such speaker was Bill McKay, a representative of Space Coast Pride, who stated, "The sad fact is that all children do not live with accepting and affirming families. Can you imagine the LGBTQ student who may live with families such as those who were here at the last meeting?" *Id.* at 5:44. At this point, I interrupted Mr. McKay, stating: "So, I'm going to stop your time so that I can address, okay? I would just ask that you keep comments

directed to us and not personally directed to others, okay?" *Id.* Mr. McKay finished the remainder of his comments without further interruption. I interrupted Mr. McKay based on the Policy's requirement that statements not be personally directed, and not because of the viewpoint that Mr. McKay espoused.

75. The second interrupted speaker identified himself as "Thomas Jefferson," who Plaintiffs state is not a member of Moms for Liberty. Mr. Jefferson's comments, and my interruptions, occurred as follows:

> Jefferson: Our local Brevard County residents, consisting of Christian patriots, aimed to speak at the meeting. At 4:00, to secure a chance to speak at the meeting, well before the LGBTQ Nation showed up, many of them not even residents of Brevard County. At which time, school board officials Jenny Jenkins came out—
>
> Haggard-Belford: Sir, I'm going to, I'm going to stop your time so I'm not taking away your time, okay?
>
> Jefferson: Okay.
>
> Haggard-Belford: I'm just going to remind you of the expectation that comments be directed to the board chair as opposed to personally directed to any board members or audience, okay?
>
> Jefferson: Yeah, I'm speaking to you, I'm sorry.
>
> Haggard-Belford: Thank you.
>
> Jefferson: Came out and privately escorted a group of LGBTQ inside the building, and then shut the doors and placed sheriffs at the doors to keep us out. This board would like to use COVID-19 as their excuse for the capacity restrictions. However, if you read the school board policy, it simply states that masks are required if

you cannot socially distance at six feet. Which means that you can actually allow everyone in the room together, as long as they are wearing masks. With all that being said, it was a simple ploy to silence our opposition to this evil LGBTQ agenda."

Haggard-Belford: So sir, I'm going to interrupt you one more time. Make sure that it's not personally directed. We're not name calling, we're not pointing out groups, we're not calling—

Jefferson: I'm sorry. Is there a problem with the word 'evil'?

Haggard-Belford: Yes sir. You're calling a group of people evil, and the policy—

Jefferson: No, I'm not calling a group of people evil.

Haggard-Belford: —evil.

Jefferson: I'm sorry.

Haggard-Belford: Thank you.

Jefferson: I would also like to remind this board that you are elected to represent the majority of our constituents, not the minority of our constituents. And the majority of the people in Brevard County oppose any and all LGBTQ policy changes or implement in our schools. There may be a minority, possibly 3%, that would support such a policy. However, the 3% will not get you reelected. There are some people out there who would like to label us as a 'hate group.' However, I would like to make it perfectly clear, here and now, we hate the sin, not the sinner. Okay? I'm going to say that again. We hate the sin, not the sinners. We're the Christians of Brevard County, and all over the world, will not let you push your evil [points to Haggard-Belford], sinful policies on our children. As I have stated before and in emails to the board members, we will make sure that all members that do not take a stand against these anti-Christ, LGBTQ agenda policies, that we will vote you out next election cycle. This is God's country, and God will [sic] be done. We the people have spoken. To God be the glory.

*Id.* beginning at 13:23.

76.     I interrupted Mr. Jefferson based on the Policy's requirement that statements be directed to the Board's Chair and not to individual Board members, as well as on the Policy's limitation on statements that are personally directed, abusive, or irrelevant. Mr. Jefferson's characterization of people as "evil" was abusive. I did not interrupt Mr. Jefferson based on his viewpoints.

77.     The third person I interrupted was Lisa Beal, who spoke against the 2016 policy and implementing guidelines. Ms. Beal began her statement as follows:

Beal: May I quote Scripture? Is that possible?

Haggard-Belford: Sure.

Beal: I would like to quote Matthew 18, verse 6. Chapter 18, verse 6. 'If anyone causes one of these little ones, those who believe in me, to stumble, it would be better for them to have a large millstone tied around, hung around, excuse me, hung around their neck to be drowned in the depths of the sea.' The rainbow is a sign from God in the story of Noah in the Bible, that He would never again end the world with a flood. Next time will be fire, just wanted to say that. That, anyway. Remember the schools, teachers, the sports and extracurricular activities are for the children, and not the other way around, as your mission statement quotes, 'to serve every children' [sic].

*Id.* at 17:22.

78.     Ms. Beal continued by stating:

Beal: My youngest daughter had Mr. Susin as her teacher at Eau Galle High School. I'd like to thank you personally, because you made such an impact on my daughter, Stephanie, and you're an

excellent educator. That's why we both voted for you.

Haggard-Belford: So, Lisa, I'm just going, just to make us all on the same page, just try to avoid pointing out individual board members. Okay?

Beal: Yeah.

Haggard-Belford: Thank you.

Beal: You made an Indian lesson . . . he made an Indian lesson come alive. They construed a huge teepee. She still talks about it, it was about nine or ten years ago. My daughter's 25 right now. And they all dressed as Indians. And I wonder if in this present day of cancel culture, that such a fantastic lesson would be allowed.

*Id.* at 18:48. I did not further interrupt Ms. Beal until her time expired and she attempted to continue speaking. My interruption of Ms. Beal was due to the Policy against directing statements to individual Board members and not due to her viewpoint.

79. Ms. Routh addressed the Board at the March 23, 2021 meeting and was not interrupted. Ms. Routh stated the following:

I emailed each of you and was met with division on a recent response from a board member about her role on the board, which is clear that she divides parents from their children and sees her personal work experience as superior to that of being a parent. When asked to support parents' rights, her response, and I quote, 'As the representative with the most educational experience on the board, I was, and still am, in this role legally required to follow the federal and state requirements that dictate the role of schools in academics, mental health, and safety.' This response did not demonstrate any support of parental involvement or decision-making in education and educating our children, unless requirements are clearly written and explicit that she may need to follow. Extensive educational work experience is not superior to being a loving, concerned parent. It is unfortunate that parents

31

even need to ask for a Bill of Rights, but it is evident in the last couple meetings that that is my concern and that we are going to need to have to ask for that. As parents, we need our rights spelled out for the board to acknowledge our role in the education of our own student. Without parents, there would be no children or students, so I am asking that you support our rights as parents so that together we can educate our children. Thank you and God bless.

*Id.* at 54:13.

80.     Ms. Hall also addressed the Board at the March 23, 2021 meeting

and was not interrupted. Ms. Hall stated the following:

What a betrayal to our students that came here the last few meetings, trying to get indoor singing, and every single one of you said that you would put that through with the guidelines, um, and for that to not pass tonight is a disgrace. I am also here tonight for two other topics. One is to ask one of the board members if just one of you would pass a resolution in support of the Parents Bill of Rights that's going through legislation right now. Like, uh, Joyce said, it's very important to parents to have a Bill of Rights. And then my second is to address the Department of Health comments from the last meeting. So, after listening to the supposed experts that were so graciously ushered in from the Brevard County Department of Health, giving their ever-so-confident expert opinion, however unable to accomplish the task at hand, which was to develop a metric as to when COVID mitigation measures can start to roll back. I reached out to Ms. Medlin to ask some follow-up questions to some of her and Mr. Enman's statements. Your experts admitted that the data shows that pediatrics do not transmit COVID-19 as much as adults, but they so confidently go on to say that daycares have a lot more transmission because that population of children are not wearing masks. I challenged that statement and asked for the data to support this opinion. Because my child has been going to daycare the entire time, and I believe there have been only one or two cases total among the adults the entire year. And the cases were more than likely transmitted outside the daycare. Her answer, her evidence? An article from Utah from back in April through July of last year. And the sample

size particular—uh, of this particular article – three. Three daycares in this article that she cites. Um, a lot of words like, 'likely,' 'possible,' 'probable.' Also, during this time period, testing was not near as available as it is today, so the article even states that the cases were assumed. That's your expert's evidence for her recommendation. So, your experts were asked whether they've been seeing adverse effects of mask wearing. They don't see pediatric patients, why are we asking them if they have any adverse effects? They don't even see pediatric patients. Her answer was no. Um, lastly, you were asked, they were asked whether the school would have had marginally higher cases. They said it would make, have made a significant difference. Her answer was an article from Israel from May of last year. These were her answers to me in an email. I'm running out of time. Please pass a resolution for a Parent Bill of Rights.

*Id.* at 59:35.

81. Ms. Gerace spoke after Ms. Hall against hybrid learning or e-learning during the COVID-19 pandemic. Her statements were not interrupted.

### April 13, 2021

82. At the April 13, 2021 Board meeting, 12 speakers signed up to speak. Three were identifiable Moms for Liberty members: Ms. Hall, Tabitha Kreigh, and Joyce Routh. However, while Ms. Hall signed up to speak, a student named Cassidy Cooper spoke in her place. https://brevardpublicschools.swagit.com/play/04142021-624, Item E (last accessed Nov. 22, 2021).

83. When Miss Cooper spoke (*id.* beginning at 29:02), I interrupted her once. Miss Cooper was addressing the Board's COVID-19 policy against indoor

singing in schools, and the exchange occurred as follows:

> Cooper: Jennifer Jenkins personally showed up to my school and witnessed—"
>
> Haggard-Belford: So, hold on just one second. Everything needs to be directed to me and not calling out any individual board member if you would for me, okay?
>
> Cooper: Okay.
>
> Haggard-Belford: Thank you so much. I stopped your time, so you still have all your time, okay?
>
> Cooper: Thank you. One board member personally showed up at my school to witness the difficulty and unproductiveness that singing outside equates to, and I am thankful for her for that.

*Id.* at 29:25. Miss Cooper finished the remainder of her statement, including her assertion that the Board members that voted against lifting the singing ban were guilty of hypocrisy, without further interruption. *See id.*

84.     I did not interrupt Miss Cooper based on her viewpoint, but rather due to the Policy preventing speakers from addressing Board members directly.

85.     I did not interrupt any remaining speakers, including Ms. Kreigh or Ms. Gerace. Many of the speakers presented views that were critical of the Board's 2016 anti-discrimination policy and the policy on COVID-19 mask wearing, as well as views that were critical of political ideologies.

86.     For example, speaker Jack Carkeet, who did not identify himself as being with Moms for Liberty, delivered the following uninterrupted

statement to the Board:

> We're going to have a tremendous influx of illegal migrants that are streaming across the border now, as you know. Potentially they'll be here in Brevard County. Right now, they're estimated to be three million illegals coming across the border, most of which will be classified as students, and many will be coming here with many languages, many infected with many diseases, not just COVID-19, but about every disease you can possibly imagine. So, what I'd like to know is, has planning already taken place for what we're going to do as far as facilities, hiring more teachers with language skills from all over the world? How are we going to, you know, solve this, solve this problem? And I know that there has been a lot of concern over the transgender rights, an awful lot of, um, sadness and grinding of teeth and wailing, but that's nothing compared to what is going to hit us before we know it. So I'd like to know what the plan is for all these students, uh, all these kids that are going to be coming in, most of which don't, are unable to read or write their own language, now they're going to come here with, uh, inability at all. So we're going to have 14, 15, 16-year-old students coming to our school system, who are going to start as if they're in first grade. So that's going to be a tremendous challenge for us. So I'm just hoping that we can focus in as a community, rather than transgender rights for a minority, and focus in on this unbelievable wave of problems that we're going to have. So, thank you very much, that's primarily what I wanted to say.

*Id.* at 8:12.

87.     Ms. Kreigh spoke after Jeffrey Bagnato, a Brevard Public Schools employee who expressed support for Black Lives Matter. Ms. Kreigh stated as follows:

> That organization [Black Lives Matter] is a political organization, combined with a specific symbol [holding fist in the air], is clearly and registered as a political organization with political goals that are very specific. Black Lives Matter is a simple statement, it is absolutely true, but when adopted with that symbol [holding fist in the air], it becomes a political organization. It is registered

themselves under that.

*Id.* at 15:15. Although Ms. Kreigh was responding to a viewpoint espoused by another speaker, I did not interrupt her because she did not violate the Policy. She did not direct her statements to Mr. Bagnato, was not abusive or obscene, and her comments were not irrelevant.

88.    Ms. Kreigh continued:

Moving onto masks. [Pulling off fabric face covering] These, according to CDC, are statistically effective up to 3% at reducing transmission of COVID. So, if everybody masks perfectly, for every 100 people that will be affected, we'd have 97. And that's great. How does that apply to Brevard schools? Well, let's look at our numbers and increase them by 3%. What are infection rates then? What are we doing next year? Are we still cutting out choir? We're going to force everybody into these schools? Are we still making it so that you can't see someone smile? So that you can't see the same level of affection? Continuously, we see study after study of how this negatively affects students. How this is harming their ability to connect to one another. It's dehumanizing on a deep level, especially for elementary school kids. And according to the CDC numbers, this virus, to the people under the age of 18 specifically and only, is less deadly than the flu. It's been checked by PolitiFact, it's published by the CDC, it's been talked about, that has been agreed upon by any valid medical organization. It is an agreed-upon statement of fact. And it has been politically verified. So, how long are we going to stop choir, when our teachers can get the vaccine. Yes, they weren't pushed for that at the very beginning, that was awful, but they also weren't as high-risk as the nursing homes. Florida's a unique state, and we have way more elderly than everywhere else, and yes, they went to the front of the line because they're the most likely to die. I feel bad for the teachers, it's an awful position to be in, but they're not there anymore. They're now able to go get a vaccine. We're already over 40% of people who are either vaccinated or were previously infected and no longer able, by current belief, to get the virus again. We're not having massive shortages, and we won't be by

36

46746878 v1

next school year. So, are we going to keep cutting out choir? How long do we take away all these major childhood interactions? Music is a beautiful gift, and lets us connect to each other and join. How long are we taking that away from kids? 'Cause it is not the same right now. I've listened to group chats, 'cause kids who are online throughout this pandemic are able to chat while a teacher's talking, which they shouldn't be. But I'm hearing kids talk about becoming depressed—

*Id.* at 15:42. Ms. Kreigh stopped speaking when her time expired.

89.     Ms. Gerace spoke uninterrupted during the meeting. She directed her statements against the Board's COVID-19 mask policy and commented on the negative impacts that she feels masks have on students. *Id.* at 20:32.

90.     Another speaker, Lou Shaefer, who did not identify himself as a Moms for Liberty member, criticized the Board's 2016 anti-discrimination policy and implementing guidelines, as well as the Board's handling of the March 9, 2021 meeting. His statement, which was uninterrupted, included the following:

I'm not saying that the LGBTQ kids are bad, or their families are bad. It just means that when you're coming at us and shutting down and bringing in people from Orlando—maybe you didn't bring them in, but they came here and we were left outside to stand there for hours and listen on a speaker, and then we were told three hours later that we could speak, that was not fair at all.

*Id.* at 25:10.

91.     Mike Croy, another speaker who disagrees with the anti-discrimination policy and guidelines, and who did not identify as a Moms for Liberty member, gave a statement that included the following:

To the transgender kids, just because you feel a certain way doesn't mean you're that way. If you're a girl, you're a girl. If you're a boy, you're a boy.

. . .

I think what's we're doing to the trans community is horrible, not giving them help. According to the CDC, it is a mental instability that they have, and they should get the help that they need.

*Id.* at 26:23. Mr. Croy was not interrupted.

92.     The last speaker at the April 13, 2021 meeting was Teresa Clayton, who did not identify herself as a Moms for Liberty member. Ms. Clayton began her statement with the parable of the frog boiling in slowly-heated water, and included the following in her comments:

We are the frog. Under Obama's eight years on full boil, policies were slowly getting implemented, and we were going on with our daily lives. (*Id.* at 33:35.)

. . .

Hillary was supposed to win. Another 8 years to implement this crazy socialist agenda. But President Trump won. He took us back to 'America First' policies, God, country, family, secure borders, and the Constitution. He set the left back. With Biden now as president, we are now on full boil. . . . Biden is pushing far left socialist policies that hurt our country, put America last, hurt our children and their future. (*Id.* at 33:58.)

. . .

Our children are being indoctrinated in schools at a very young age. Left pushing transgender policies like it's normal. Teaching critical race theory, that our kids should feel bad about being born white, that America is racist and always has been. With the fake 1619 project, teaching our kids that they have white privilege. Something we cannot control is the color of our skin that we are born with. It's like racism

against whites anymore. Creating racial division, working classes being manipulated, elites using racial division to maintain power. I often wonder if the left go home and think about the damage they are doing to our great country. (*Id.* at 34:50.)

I did not interrupt Ms. Clayton during her comments, and she did not stop speaking until her time expired.

### April 27, 2021 Meeting

93.     At the April 27, 2021 meeting, a total of 16 speakers signed up to address the Board. Of those 16, 7 were identifiable Moms for Liberty members: Ms. Hall, Jennifer Dunn, Karen Fulton, Carrie Gerace, Carrie Rather, Joyce Routh, and Carol Vyhonsky. https://brevardpublicschools.swagit.com/play/04272021-1079, Item E (last accessed Nov. 22, 2021).

94.     I did not interrupt any of the speakers at the April 27, 2021 meeting. *See generally id.*

95.     Ms. Rather spoke uninterrupted against the Board's COVID-19 mask policy and asked to make masks voluntary for students. *Id.* beginning at 2:50.

96.     Another speaker, Michael Zingarelli, who did not identify himself as a Moms for Liberty member, began his statement with, "Thank you, Madam Chair, Coach Susin, and everybody else . . . . I think I've emailed probably not Ms. Jenkins but everybody else." *Id.* at 4:01. While Mr. Zingarelli mentioned

Board members by name, he was not directing his comments specially to those Board members, but was instead continuing to speak generally to myself as the Chair and to the Board as a whole, which does not violate the Policy.

97.   Mr. Zingarelli continued:

And first of all, Ms. McDougall, about the food people. I had invited them over to Cape Canaveral Air Force station yesterday at the lighthouse. Actually, my wife did, she's the boss. And we had 16 people from the district walk through, including—had a great time. Now, I know I'm supposed to address you [gesturing to me as Chair], I'm sorry. But we had a great time, and uh, we do appreciate it. And I know the first thing that Mr. Susin does is he goes into the kitchen, whenever he visits the schools. Absolutely. So, uh, thank you for bringing that up. Now, the other thing is, Mr. Brown. Remember Mr. Brown? The guy who would always tell the jokes and stories? You know. He hasn't been here, has he? And so he called me up, to tell me I had to give a story. So, uh, [walks away from microphone] Mr. Mullins, I have to walk around, I got . . .

While the remainder of Mr. Zingarelli's statement is largely inaudible, he related a story about Superintendent Mullins, who is not a member of the Board, and engaged in a discussion regarding sports facilities.

98.   During the course of his statement, Mr. Zingarelli corrected himself by recognizing that he was supposed to address me as Chair of the Board, and not direct his comments to Board member McDougall. It therefore was not necessary to correct him. Mr. Zingarelli made an offhand comment regarding Board member Susin visiting school kitchens, but at this time, Mr. Zingarelli had redirected his attention to me as Chair and to the Board as a whole. Finally, because Superintendent Mullins is not a member of the Board,

40

individuals are permitted under the Policy to direct comments to him.

99. Ms. Routh, Ms. Dunn, Ms. Vyhonsky, and Ms. Fulton all spoke during the meeting against the Board's COVID-19 mask policy without interruption. Their views were also shared by 7 other speakers who did not identify as Moms for Liberty members, but who were opposed to the mask policy. *See generally id.*

100. Ms. Hall also spoke uninterrupted, voicing her opposition to the mask policy. Her comments included the following:

> I've been here every meeting. We have asked the same thing. These parents are here because we are seeing the effects that masks have on our children. We have more evidence, and when we know better, we can do better. We have received responses that nothing will be changing this year. Why?

*Id.* at 26:12.

101. When Ms. Gerace spoke to the Board, she expressed her opposition to critical race theory, stating: "When you look at the news on the riots, and the looting . . . it's young, kind of graduated from college, generation, and where did they learn this? Where did our kids learn to hate America?" *Id.* at 37:50. I did not interrupt Ms. Gerace's comments.

### May 11, 2021 Meeting

102. At the May 11, 2021 Board meeting, a total of 34 speakers signed up to address the Board. Of those speakers, 5 were identifiable as Moms for Liberty members: Ms. Hall, Julie Bywater, Lynda Hall, Jody Hand, and Jordan

Johnson. https://brevardpublicschools.swagit.com/play/05112021-1206, Item E, Part 2 of 2 (last accessed Nov. 22, 2021).

103. As described below, members of the audience present for the May 11, 2021 meeting were disruptive, sometimes shouting or engaging in loud applause and cheers while speakers attempted to address the Board. One audience member was escorted out, and I reminded the audience not to interrupt speakers (including Moms for Liberty members who were trying to complete their comments), because speakers could not be heard during the disruptions. Audience members were not escorted out or interrupted due to their viewpoints, but rather because they were disrupting and interfering with the Board's ability to conduct its business and with the speakers' ability to make their comments.

104. Prior to beginning the public comment period, I addressed the audience as follows:

> We have a few people here who are speaking to specific situations, and I would ask that you make sure that you are not naming names for individuals unless you are telling your own story. Just to make sure that we're not putting out inaccurate information, okay? So, certainly share with us what you'd like, but we don't want anyone else's personal information broadcast over television, okay?

105. I made this comment because several speakers who addressed the Board during the May 11, 2021 meeting sought reinstatement of two terminated coaches. I was concerned that speakers might identify the coaches

in question by name. The Policy limits speakers from making personally-directed statements, which includes identifying Brevard Public Schools employees by name for privacy purposes and due to the fact that most employees are not present at Board meetings to respond if they are individually identified by name. On the few occasions in which I have permitted an employee to be referenced by name, the employee gave permission to be referenced.

106. The first speaker to address the Board on the subject of reinstating the coaches was Tara German, who I briefly interrupted. Ms. German began:

> German: I'm here to request the board reinstate [name of coach]—
>
> Haggard-Belford: I'm going to stop you for just a second, okay? I need for you to not mention any names, okay? Because you're putting their information out there in the public, and it's not yours to share. So, you can reference 'coaches,' you can reference the situation. If you would just leave their names out of it, we would appreciate it, okay?
>
> German: Okay.

*Id.* at 8:40. For the remainder of her statement, Ms. German replaced the names of the coaches with references to "these two coaches," "these two gentlemen," and "these coaches," and was not further interrupted.

107. I did not interrupt Ms. German for voicing her viewpoint, but rather based on the Policy's limit on personally-directed statements.

108. Another speaker, Damien German, also referenced the coaches in question by name when presenting to the Board. I interrupted him as well

43

("Sir, please not the names") for the same reasons that I interrupted Ms. German, and not due to the viewpoint that he was expressing. *Id.* at 14:40.

109.   Other speakers at the meeting who spoke in favor of reinstating the coaches in question, and thus shared the same viewpoint as the Germans, were Nick Sicoli, Matthew Moran, Danica Schmadeke, Amber Chieffe, Craig Dumas, Juan Calero. They did not reference the coaches by name and were not interrupted. *Id.* at 31:26, 49:00, 58:37, 1:09:47, 1:13:40, & 1:17:33.

110.   Another speaker who addressed the Board at the May 11, 2021 meeting was Charlie Graham. Mr. Graham supported the Board's COVID-19 mask policy and was in favor of a vaccine requirement. During Mr. Graham's comments, he began to be heckled by members of the audience:

> Graham: As you know, the Pfizer vaccine has now been approved for children 12 years and up. There is no reason why middle school and high school students should not be required or requested to add the COVID vaccination to the current mumps, measles, and rubella vaccines for the fall semester.
>
> [People in room audible on video, including "[inaudible] freedom"]
>
> Haggard-Belford: [addressing audience member, then Graham] Sir, stop – hold on a minute, please. Charlie? Give me just one second, okay? You're fine. For our audience members, it is not appropriate for you to be shouting out while someone else is speaking—
>
> [inaudible audience comment]
>
> Haggard-Belford: —we will give you all the same respect when it's your turn to speak. But please do not shout out while other people are speaking. It's rude.

44

[inaudible audience comment]

Haggard-Belford: Enough, sir. Enough. Enough, please. [continued shouting from audience member]

Haggard-Belford: I apologize, Charlie, for the rudeness. I'm going to go ahead and start your clock, okay?

[inaudible audience comment]

[Unidentified board member]: Kick him out.

Haggard-Belford: Go ahead, Charlie.

*Id.* at 16:12. Mr. Graham then completed his statement to the Board.

111.   Jody Hand, a Moms for Liberty member, was next to speak and appeared shaken by the outbursts from the audience. As she began to speak, the disruptive audience member was escorted by law enforcement out of the Board room.

Hand: It's a little nerve-wracking.

Haggard-Belford: Take a deep breath. Take your time.

[Audience cheers and applauds. Disruptive audience member walks through screen, shouting and pointing, and escorted by law enforcement officer]

Audience member: Get out of our town. Get off our board. [other inaudible comments]

Haggard-Belford: [after audience member exits] I apologize.

Hand: No need for you to apologize for someone else's ridiculous action. . . . As you can tell from my shirt, I'm a freedom-loving mama teaching her kids to fight for what they believe in, but to fight respectfully and with intention.

46746878 v1

*Id.* at 18:48.

112.  Ms. Hand continued her statement, in which she expressed anger and disgust with the Board. Ms. Hand's comments included the following:

> Take these disgusting, snot-filled masks off my third graders –
> now. [Cheers and applause from audience members] *Id.* at 20:46.
>
> . . .
>
> Question: why are the LGBTQ+ students more important than the
> students who are not? [Cheers and applause from audience
> members] *Id.* at 21:09.
>
> . . .
>
> My athletic daughter deserves the opportunity to participate in
> girls' sports without a biological male that is scientifically proven
> stronger taking away her chances at victory. [Cheers and applause
> from audience members] *Id.* at 21:46.

113.  At this point, I stopped Ms. Hand and paused her timer and addressed the audience because it was difficult to hear what Ms. Hand was saying over the frequent audience disruptions:

> Jody, hold on just one second, okay? I'm going to ask again. We
> can't even hear what she's saying because of the noise that's
> coming from the audience. Please respect the rules of decorum in
> the board meeting. If you're not willing to respect the rules of
> decorum in the board meeting, then please choose to go elsewhere
> so that we can hear the speakers who have come to share their
> thoughts with us. Okay?

*Id.* at 21:58. Ms. Hand then finished her statement.

114.  Moms for Liberty members Jordan Johnson, Julie Bywater, and Lynda Hall all spoke during the meeting against the Board's COVID-19 mask policy and were not interrupted. *See id.* at 33:38, 36:35, 1:00:40. Other speakers

46

who did not identify themselves as Moms for Liberty speakers, but who also spoke against the COVID-19 mask policy without interruption, included Christine Connor, Ashley Joyner, Liz Brookshire, Wyatt Beavers, Tanya Beavers, Megan Wright, Sawyer McKinley, Kyle McKinley, Alex Wybush, and Teresa Clayton. *See generally id.*

115. Ms. Hall also spoke at the meeting and presented the following statement, which I briefly interrupted to quiet the audience so that Ms. Hall could speak:

> Hall: We had 85 protesters outside today, with signs holding, holding signs saying 'unmask our children.' The fact of the matter is, you all have the power to put this on the agenda. Somebody, one of you, could motion to add this to the agenda tonight. Our parents need to know what is happening for next year. Why are we waiting on this decision alone? We have told you, we were here last meeting, we asked you to end the mask mandate. Well, we've been asking for that for a very long time. You've given us nothing. So, why don't you put it, motion to put it on the agenda tonight and tell these parents what you are going to do for next school year. Because it's that simple. The superintendent can tell us tonight, or all of you could vote on it tonight. We need a three-to-two vote to keep, or to end these mask mandates for next year. That way, our parents can tell their children what they're going to do next school year. They can take the money that they have placed on our children, because they just signed a bill into legislation today, saying we can take our money where we need to go to school. So, if we're not going to stay in Brevard County schools, we want to know what that decision is going to be tonight. So please, do right by these parents that have come out here for every meeting, that stood out on that road, that have emailed, that have called, that have done everything to get an answer from all of you as to what is happening with this mask mandate for next year. We are tired of waiting. We are tired of telling you over and over and over again that our children are not happy, they're depressed, they have

anxiety, they have respiratory issues [audience cheers], they have all these issues, and we don't matter. You are telling us by your inaction that we do not matter, our children do not matter, and this is the problem. So please, please, please take some sort of action. I am done being nice about it [audience cheers]. I want you to do something. So, please—

Haggard-Belford: Ladies and gentlemen, let her finish without interrupting.

Hall: Please. We elected you to represent us, the people. We are telling you, we want a decision. If it's going to be mask mandates for next year, so be it, but tell us.

116. "Thomas Jefferson" also addressed the Board at the May 11, 2021 meeting. I interrupted him twice to ask him to "keep it clean" when his comments included the swear word "hell." This was based on the Policy's limit on language that is obscene, abusive, or irrelevant, and not on Mr. Jefferson's viewpoint, which he was able to share with the Board without additional interruption:

Jefferson: I came to the school board meeting today to discuss the board's outright bias, discrimination, cancel culture, blatant attempts to cancel our free speech. I have been attending these board meetings for some time, and have been a victim of all of these things. In one of my first meetings, I used words such as 'evil' and 'sinners,' and I was told that I cannot use these words. This is a prime example of this board's flagrant attempts to try to cancel a person's free speech, a clear violation of the First Amendment of these United States' Constitution. At the last meeting that I attended with our group of patriots, my son was told to 'go to hell' by one of the LGBTQ attendees.

Haggard-Belford: Sir, please keep it clean.

Jefferson: Nothing was said to this person by any board member.

However, when my son responded by saying, 'no, you are going to hell—

Haggard-Belford: Sir, please keep it clean.

Jefferson: My son was asked to leave the meeting, showing your clear bias, cancel culture, and discrimination by this whole board, every person on it. This board is constantly trying to go against the right side, while blatantly allowing the left side to do anything, and say anything they want. I would like to give you some clear examples of how this board is biased and discriminates against the right side Christian patriots, while clearly allowing the left side, anti-Christ people to do and say whatever they want. My sons attend Melbourne High School, where the principal has clearly given my son, who is a clean-cut Christian and Junior ROTC student, out-of-school suspension for wearing shirts that have images such as 'Stand for the Flag, Kneel for the Fallen," with a soldier kneeling in front of a cross with a rifle stacked on the ground with a fallen soldier's helmet resting on top of the rifle. Or shirts that say, 'Glock' or 'Sig Sauer' on them. Not one of these shirts is in violation of any school board district policy. However, kids on the left side are allowed to have pink, purple, green, red hair, wear dog collars, boys dressed as girls in girls' clothing, run around wearing gay pride shirts and clothing. And all of these things are actually in the school board policy as violations, and these kids are getting, are not getting out of school suspensions or having to change their clothes or shave their heads. These are constantly being allowed to break the rules without having any change in their actions or suffering any consequences, while our Christian conservative patriot kids are being told to change their shirts, turn the inside-out, and get an out of school suspension. This is absolute clear discrimination and bias and cancel culture by this school board, and we will not stand for this school board stomping on our rights and our freedoms anymore.

*Id.* beginning at 1:04:10.

## May 21, 2021 Meeting

117. At the May 21, 2021 Board meeting, 30 speakers signed up to

address the Board. Of these speakers, 9 were identifiable as Moms for Liberty members: Ms. Hall, Joseph Cholewa, Katie Delaney, Michelle Beavers, Julie Bywater, Maren Caldwell, Crystal Coats, Erin Davison, and Carol Vyhonsky. https://brevardpublicschools.swagit.com/play/05212021-941, Item E (last accessed Nov. 22, 2021).

118. All of the Moms for Liberty members spoke against the Board's COVID-19 mask policy. With the exception of Mr. Cholewa, I did not interrupt any of the Moms for Liberty speakers. *See id.* at 4:16, 11:25, 14:50, 45:08, 50:39.

119. When Mr. Cholewa spoke, he did not identify himself as a Moms for Liberty member when he addressed the Board, by wearing a Moms for Liberty shirt, or on the Public Comment Form. Mr. Cholewa began his comments as follows:

> So I'm glad we're having this meeting. I wish we would've had it in May of 2020. I think we all could have been patient and understanding as parents while we learned about the virus and tried to get, you know, an understanding of how it was going to impact everybody. But that data came out pretty quick when it came out with children. You learn very quickly that they're going to be very unlikely to spread the disease or very unlikely to be impacted by it. We knew that right away. And we really hoped that you would have listened. But the problem with COVID is that, a majority for us, it's the politics behind COVID has affected us more than the actual virus. And, as elected officials, we hope that you're going to step up and weed out the politics, and figure out what we need for our children. Because, I think, there's a sign behind you that says 'serve every student with excellence.' But the problem is, I don't see you serving anybody, because the data says the masks affect children negatively, from a social, emotional, intellectual, physical, all these things that impact them negatively, but nobody

listened. [Gesturing at Board member McDougall] I mean, how am I supposed to stand up here for District 2 while I watched you [gesturing at Board member McDougall] behind a plastic prison—

*Id.* beginning at 21:10.

120.   At this point, Board member Susin said to me, "You've gotta cut him off. Don't call out one of our Board members," and I responded, "Yeah." *Id.* at 22:26. My resulting exchange with Mr. Cholewa was as follows:

Cholewa: I didn't call out anybody.

Haggard-Belford: Keep it directed to me, please.

Susin: We've got a motion on the floor and there's majority support for exactly what you're saying, so I understand—

Cholewa: I can't point out how she sat behind a piece of plastic?

Susin: I'm just saying that the enthusiasm is well-respected, but at the same time, pointing out a member—

Cholewa: This is my—this is my representative.

Haggard-Belford: Sir, the rules are—

Cholewa: Stop the clock if you're going to interrupt me.

Haggard-Belford: The rules that I read in the beginning indicate that comments should be directed to me and about the issue and not directed to individual school board members. So, that is very clear in the beginning.

Cholewa: So I can't talk about my representative from my district?

Haggard-Belford: No, you cannot.

Cholewa: Okay.

Haggard-Belford: Would you like me to resume the clock?

Cholewa: Yeah, and give me more time. You just wasted ten

51

seconds.

Haggard-Belford: That's because you opted not to follow the rules.

Cholewa: I can't hear you because I'm talking and you have masks on your face.

Haggard-Belford: Your clock's started.

Cholewa: And you took time away from me?

Haggard-Belford: We took time because you didn't respond to the directions that were provided and the directions Mr. Susin provided. I will gladly allow you to finish your three minutes, if you are ready.

*Id.* at 22:29-23:33.

121. Mr. Cholewa concluded his statement with the following:

Okay, all right. So I'm just going to cut to it. The dat—like I said, the kids are the most important thing, and we have a sign behind you that says 'students with excellence,' you know, treat every student with excellence, but the problem is, I keep hearing, everything I hear you say has nothing to really do with the students. It has to do with the teachers, and my problem with that, is that, you know, kids don't vote. The teachers vote. So it's easier to go out there and put on your videos with your masks on your faces and virtue signal with your rainbow masks or whatever woke points you think you're trying to get, 'cause that's clearly the most important thing, is politics, virtue signaling, woke points, let's let everyone know that 'I'm there, I'm hip, and I'm with whatever,' even though the science says that you're destroying our kids, probably providing them with some kind of minor PTSD after this entire thing. But nobody cares because, like I said, I can't even trust that our elected – that you guys, as our elected, are even making the right decisions. 'Cause it's not about the teachers, it's not about the – it's about the kids, it's only one thing that's important in this world, and that's our kids. They're innocent. You turned them into victims. I cannot believe that I have to be up here. I mean, at the rate we're going, you're introducing this LGBTQ crap like, and then, the next thing you know we're going to be dealing with this critical race theory and you're going to be forcing

52

vaccinations on them to go back to school.

*Id.* at 23:34-24:56. Mr. Cholewa's time then expired, but as he was leaving the microphone, he made the additional statement that "You should all be recalled."

122. Mr. Cholewa spoke from 21:10 to 22:26, and again from 23:35-24:56, for a total of 2 minutes and 37 seconds. His timer was paused for the majority of the interruption.

123. I did not interrupt Mr. Cholewa for his viewpoint, which was shared by the other Moms for Liberty members and additional non-Moms for Liberty speakers who addressed the Board at the meeting. Instead, I interrupted Mr. Cholewa for directing his statements to Board member McDougall rather than to the Chair and the Board as a whole, which violated the Policy.

124. Speakers who shared Mr. Cholewa's viewpoints, but whom I did not interrupt, included Megan Wright, who described the Board as "dysfunctional" (*id.* at 37:30 and 38:23); Alexia Higgins, who relayed that her eight-year-old child expressed that "[i]t's dumb to consider" wearing masks (*id.* at 39:50); Megan Hinkle, who called CDC guidelines "inhumane and a form of dictatorship" and stated that "[i]t is unbiblical and unconstitutional to force a vaccine on people, and a bribe and they use propaganda and techniques to brainwash into thinking they must get this vaccine" (*id.* at 43:18); and Janice

53

Crist, who reminded the Board that "you can and will be recalled, if necessary" (*id.* at 1:07:38).

125.   Plaintiff Katie Delaney addressed the Board at the May 21, 2021 meeting. Ms. Delaney did not identify herself in any way as a Moms for Liberty member at this meeting. Her comments, which were also against the Board's COVID-19 mask policy, included the following:

> Thomas Jefferson, he said that if you are willing to give up your freedom for safety and security, you will not have, nor do you deserve, either. (*Id.* at 48:05.)
>
> . . .
>
> We believe that people who want the mask mandates are impeding on us. And it starts with a little, tiny thing. It starts with a mask on your face. And then it starts with, 'where's your vaccine card?'. And then it starts with, 'oh, no vaccine? You can't go to school.' And then it starts with, 'oh, you don't go to school? So you can't get a good job.' So we have to fight for our freedoms. (*Id.* at 48:30.)
>
> . . .
>
> Our freedoms are worth fighting for. And it starts with a yellow star on your chest. These masks are the yellow star on our chests. And I am not, not going to allow my children to be, to have to deal with this any longer. (*Id.* at 49:10.)
>
> . . .
>
> [Holding up mask] It says on the box that you buy this in that it does not fight against COVID-19. (*Id.* at 50:03.)

126.   I did not interrupt Ms. Delaney's comments.

127.   Ms. Hall also addressed the Board at the May 21, 2021 meeting,

and her comments, which were not interrupted, were as follows:

> I'm not going to take up too much time. You know where I stand
> on all of this. I would advocate for the mask mandate to be a choice.
> And I think that's what we've always wanted, is for it to be a choice.
> Parental rights are important, and emergencies don't take away
> our rights. So, at the end of all of this, and when things go back to
> a little bit of normalcy again, you know, we're not going to forget
> that our rights were removed from us to make the right decision
> for our children in regards to wearing masks. COVID is not going
> away, but there are plenty of other things that are here to stay.
> RSV, flu, bronchitis, strep throat, none of those things we've done
> this for. So, I would just ask that in the fall, when we come back,
> hopefully numbers will continue to be low, hopefully things will
> not go sideways. But even still, if they did, it should still be a
> personal choice, and I would ask that you not ever, ever mandate
> masks again. So thank you.

*Id.* at 1:05:12.

## May 25, 2021 Meeting

128.    At the May 25, 2021 meeting, 18 speakers signed up to address the
Board. Those speakers included Ms. Delaney and Ms. Hall, whose comments
were not interrupted. https://brevardpublicschools.swagit.com/play/05252021-
1059, Item E (last accessed Nov. 22, 2021).

129.    Ms. Delaney, who did not identify herself at the time as a Moms
for Liberty member, delivered the following statement:

> I'm the mom of three BPS kids. They are in 6th grade, 3rd grade,
> and kindergarten. Today I'm here to talk about graduation. Even
> though I don't have any seniors, I can't imagine what these, you
> know, parents and kids the past two years have had to deal with
> with that. The question I am asking is what is the difference
> between June 4th and this Friday? There is no difference. Our
> seniors should be able to walk across that stage with no masks,

with all the family there to support them. Some of these kids, it could be, you know, they are the first generation of graduates in their families. And I'm sure they want their aunts, uncles, cousins, everybody there supporting them, and to be able to have as many pictures, things like that, you know. The next thing is the permanent mask mandate hanging over our heads. I appreciate that you guys made it optional for last, for next year. But with this being a permanent policy, you guys have that hanging over our heads that any time you feel necessary, to put that back into policy. Emergencies do not give the government green light, to green light, or, I'm sorry, emergencies do not give the government a green light to trample on our freedoms. We have medical freedom in this country. You do not have the right or the authority to force someone to wear a medical device. This is out of your realm. The next thing is quarantining our healthy kids. There's no reason for it. If my child is not showing any symptoms, they should not have to lose valuable time in school. The next point is critical race theory. This is based off of Marxism, and if you don't know what that is, please go look it up. This has no business in our schools. We need to go back to teaching our kids about being respectful to each other. Doesn't matter what race, gender, it doesn't matter. None of that should matter. It's just you're a human being and we respect you, and treat others the way you want to be treated. And, sorry, we need to teach our children about hard work and, to reap those benefits. Nothing is given to us in life, and if you don't work for something, you don't have the right to take somebody else's hard work. The next thing is the trans letter. We have biological differences. Boys are stronger than girls. If there was not a biological difference, then there would be no need for . . . .

*Id.* beginning at 29:37. Ms. Delaney was not interrupted until her time expired.

130. Additionally, Ms. Hall made the following comments:

I just want to start off by thanking you all for lifting the mask mandate and making it optional for next year. As an organization, we are very grateful for that, and we wanted to personally thank you. As a spokesperson for the organization, I want to thank you personally for making it optional for next year. We would like to, we were challenged in the beginning of this by one of you saying we need to get back in the classroom and volunteer. We would love

56

to do that. I hope next, next week or the next meeting, when you have your meeting about other COVID protocols, that that will be something that's discussed and reversed to allow parents back into the classroom. Because if anything is going to come out of this parent organization, we want parents back in the classroom helping our teachers, helping do whatever is needed, helping with the CTE, helping with these things that we can be helping with. And we would love to be able to do that. So with that being said, challenge accepted. We will gladly get back into the classroom and do these things. That will be something that we push our members to do. The other thing is the healthy quarantines, that I hope this next meeting will eradicate. Because this is not okay. We cannot be sending healthy children home. We cannot be going home for no symptoms just because, maybe, kinda-sorta, we don't really know if you're going to get sick. We can't continue that practice. So, those are a few things that I wanted to touch on. I can echo a few things that some other members have said, I'm not going to because I already sent you the email with our stances on all of that. So just want to thank you again, let's get back in the classroom, let's stop healthy quarantining. And I would also like to reach out to you guys this summer, those of you who will work with us, on some curriculum reviews, some things that we can start helping with as parents in the classrooms, in the schools. Thank you.

## June 22, 2021 Meeting

131.   At the June 22, 2021 Board meeting, a total of 3 speakers signed up to speak. The speakers included Ms. Delaney, who did not identify herself as a Moms for Liberty member at the time. I did not interrupt Ms. Delaney's comments.   *See*   https://brevardpublicschools.swagit.com/play/06222021-778, Item E (last accessed Nov. 22, 2021).

132.   Ms. Delaney gave the following remarks at the meeting:

I am here to talk about a couple of things. The first thing I wanted to mention is that critical race theory is definitely being taught in our schools. I have proof of it. I have a worksheet from a third grade

classroom in our school, and it's also being taught in our professional development. CRT in our curriculum is not labeled CRT, so it's being slipped into different worksheets without, there's no label that says 'critical race theory.' So for somebody to say that it's absolutely not being taught in our schools, it's wrong. So I have an example of that, and it's stating, 'Imagine you've been asked to go to a new school where you are the only member of your race and you are not welcome.' That was a prompt for a third grader to have to write about. To me, that is spreading racism. Why are we teaching our kids that they're the only one of their race and that they're not welcome? Like, why is that idea even putting, even being put into their heads? Third graders don't think about that. They think about who's nice to them at recess, who has cool shoes, I like your backpack—that's what they think about. They don't look at skin color. So, and again, in the very agenda that was presented today at this meeting, there's an equity statement. Equity is a kind idea, but it's impractical. We can't even afford textbooks for all of our students. Who's going to pay for the equity? If we want to achieve, it's by hard work, being kind, and seeking out opportunities. This is what we need to teach our kids. We need to teach them to go out and get what they want. Nobody's going to hand them anything in life. Charity should not, should come from the heart. It should not be forced by the government or this board. And the next thing I want to talk about is, I appreciate the board doing the right thing and making masks optional, but it's still on the table for you guys to change your minds at any time. There was a group of parents that sent out masks to be analyzed, and all sorts of different things were found on these masks. Pneumonia, tuberculosis, sepsis, meningitis, encephalitis, just to name a few. No viruses were found on the masks, none. So, the masks aren't stopping the prevention of the spread. It's a virus, it goes through the mask. And we have science to back that now. So that's, I just ask you guys, please take that policy out. It cannot be on the table. It's not your role to force our kids to wear medical devices.

*Id.* beginning at 1:08.

## July 13, 2021 Meeting

133. At the July 13, 2021 Board meeting, a total of 12 speakers signed up to address the Board. Those speakers included Ms. Delaney, who was not

interrupted. https://brevardpublicschools.swagit.com/play/07132021-687, Item E (last accessed Nov. 22, 2021).

134. A main focus of the Board's agenda at the July 13, 2021 meeting were student achievement metrics on which Superintendent Mullins reported. *Id.* at Item D. During that discussion, Ms. Jenkins expressed concern about the achievement gap experienced by minority and economically disadvantaged children, and referenced the work of Brevard Public Schools' Director of Equity and Diversity, Dr. McKinnon.

135. During the public comment portion of the meeting, some speakers thanked specific individuals in their comments. The first such speaker was Bernard Brian, who stated:

> Dr. Mullins, thank you so much for working with our community. Thank you for sharing the data that you shared with us today. And we do understand your heart. I would also like to thank Ms. Klein. I'm a SAC member at University Park, and we have our first STEM lab starting. So I'm really excited about that. That's a start, but we know there's some challenges there as well. . . . I'd also like to thank Mrs. Hands. Mrs. Hands dealt with a safety issue at Stone Middle School, and she basically got that solved.

*Id.* at Item E, beginning at 5:05. Mr. Brian also stated, "I want to thank Ms. Cline. I want to thank Ms. Bowman. I want to thank you so much for your investment with Dr. McKinnon. She is a tremendous value." *Id.* at 7:03.

136. Superintendent Mullins, Ms. Cline, Mrs. Hands, Ms. Bowman, and Dr. McKinnon are not members of the Board, and the comments by Mr. Brian

did not raise any privacy concerns. Therefore, Mr. Brian's comments did not violate the Policy and did not require me to interrupt.

137.     The second speaker to address specific individuals was Thelma Brian, who stated:

> I want to add that I've had the opportunity to meet and to work with a few of Brevard's very capable leaders. Mrs. Bowman, a few members of the teaching staff, Dr. McKinnon, Dr. Mullins. And I'm familiar with the work that they do, and I thank them for the leadership that they provide. I thank them for what they have done, what they are doing, and will do to close, to reduce that academic gap, in math and science especially.

*Id.* at 10:20. As noted above, these individuals are not Board members, and the comments did not raise privacy concerns. Therefore, they did not violate the Policy.

138.     Another speaker, Alex Goins, addressed Superintendent Mullins by stating, "First, I'd like to thank Dr. Mullins for all you have done for our county. Every time I call, you always answer, and I appreciate that." *Id.* at 21:15. Because Superintendent Mullins is not a Board member, the public are free to speak directly to him without violating the Policy.

139.     A fourth speaker who mentioned individuals was Josephine Hunter, who began by stating, "First, Dr. Mullins, thank you for your work, your service." *Id.* at 24:45. Again, because Superintendent Mullins is a non-Board member, audience members may address him directly under the Policy. Ms. Hunter also stated:

60

I am so encouraged about the statements Ms. Jenkins made.

. . .

As we get up and we realize, as Ms. Jenkins said, how many students you have that are of color, and that, the deficit in your teachers, then we have to realize, and the thing is, I have to believe that is not intentional. That you really don't know that it makes a difference, or we would be doing something different.

*Id.* at 24:51 & 25:25. These statements were in reference to Ms. Jenkins' earlier comments about the achievement gap that Brevard students are experiencing and were made to the Board as a whole, rather than being personally directed only to Ms. Jenkins.

140.   Speaker James Minas opened his comments with the following:

Dr. Mullins and Madam Chair, we want to thank you for the opportunity to address you this morning. Thank you, Dr. Mullins, for the willingness to listen to the need of our community and for the courage to work alongside us and your staff to make a difference for all students. We appreciate your resolve to make changes so that we no longer have an Assistant Superintendent of the Office of Equity and Justice, which was a system created to provide choice for those with an advantage to access it. You have chosen to change that and created a director's job, costing the district a lot less money, and allowing Dr. McKinnon to truly focus on equity through the lens of inclusion.

*Id.* at 28:13. Under the Policy, Mr. Minas was free to address Superintendent Mullins and myself directly. Furthermore, Mr. Minas' mention of Dr. McKinnon, who is not a Board member, did not raise any issues of privacy or confidentiality and therefore did not violate the Policy.

141.   Tammy Robinson began her statement with, "Thank you,

61

Superintendent Mullins and Board" (*id.* at 30:40), which does not violate the Policy's limit on making personal comments directed at Board members. Ms. Robinson also said, "You actually touched on this already, Ms. Jenkins. To capitalize on your informal leaders, on your community leaders. Again, on the 20% willing to do 80% of the work." *Id.* at 32:07. This was a mention of Board member Jenkins' earlier comments made at the Board meeting and was part of Ms. Robinson's larger discussion directed to the Board as a whole.

142. The final speaker who mentioned specific individuals was Alberta Wilson, who stated:

> This hardworking board, Dr. Mullins, your staff, Dr. Soliven, Mrs. Cline, and the like, I just want to say thank you for all that you continue to do for our students here in Brevard County. You continue to amaze me in many areas. However, I must say that bridging the divide continues to be problematic.

*Id.* at 33:38. As with earlier comments, Ms. Wilson did not specifically address any Board member and did not disclose information about staff members that would raise privacy or confidentiality concerns. As a result, her statement did not violate the Policy, and I did not interrupt it.

143. Ms. Delaney spoke at the Board meeting, but did not identify herself at the meeting as a Moms for Liberty member. Ms. Delaney voiced concerns about students falling behind, and her comments included the following:

> One of the things that I think is a big problem for us is that we're

focusing on things that don't belong in the schools. Bathroom issues, we shouldn't be talking about these things.

. . .

[Discussing man brought in to speak to teachers and guidance counselors who "believes that white people have a deep appetite for violence and death against black people"]: I don't have an appetite for violence or death against anybody.

. . .

Going forward, there needs to be more transparency between the board and parents. The fact that we've had to fight tooth and nail to get curriculums from you guys is not okay. We deserve to see those things.

*Id.* at 12:47, 13:28, & 14:08. I did not interrupt Ms. Delaney's comments.

## July 29, 2021

144.   At the July 29, 2021 Board meeting, a total of 40 speakers signed up to address the Board. Those speakers included 8 identifiable Moms for Liberty members: Ms. Delaney, Ms. Hall, Christina Baker, Chris Bird, Crystal Coats, Jennifer Dunn, Carrie Gerace, and Jordan Johnson. https://brevardpublicschools.swagit.com/play/07292021-661, Item E (last accessed Nov. 22, 2021).

145.   Ms. Coats was the first speaker to address the Board at the July 29, 2021 meeting. *See id.* at Part 1 of 2, 1:17. Ms. Coats spoke on an agenda item and was therefore heard during Part 1 of the public comments section of the meeting. Ms. Coats' comments included the following:

Firstly, I want to say thank you to Dr. Mullins for the mitigation strategy with the individual health plan. There were a couple of things that I wrote down that I thought were positives.

. . .

You guys [the Board] are, for the most part, pretty patient with all of it, especially with newbies like me.

. . .

As it was pointed out to me by a Board member last night on Facebook, mental health and counselors and things of that nature don't require parental consent, even though taking a picture of my kid at school requires parental consent.

. . .

We're not doing masks again in our family.

. . .

Equity is not equality. Equity is a guaranteed equal outcome. It's not equal opportunity.

*Id.* at 1:17, 2:03, 2:22, 3:25, & 3:55.

146.   I did not interrupt Ms. Coats' comments. Ms. Coats was free under the Policy to speak directly to Superintendent Mullins, a non-Board member. Furthermore, when Ms. Coats spoke about her interaction with a Board member on Facebook, she did not identify the Board member or speak directly to that Board member, and instead continued addressing the Chair and the Board as a whole. Therefore, her comments did not violate the Policy and did not require interruption.

147.    During Item K of the meeting agenda, prior to Part 2 of the public comments section, Board member Jenkins attempted to address a disagreement that she and Board member Susin had earlier in the meeting. During Ms. Jenkins' comments, the audience became unruly and disruptive, which was a continuation of earlier audience disruptions to the meetings. Ms. Jenkins began her comments as follows:

> Jenkins: Some things were said tonight on this dais that I was personally offended by . . .

> [Audience begins to yell, jeer]

> Jenkins: . . . and . . .  go right ahead.

> Haggard-Belford: Hold on, Ms. Jenkins.

> Jenkins: You know, it's fine. I don't care.

> Haggard-Belford: No, hold on.

> [Audience comments continue]

> Haggard-Belford: All right. This is, this is the final, final time. I'm going to ask that you all not interfere with the business of the board.

> [Audience comments continue, man yells something inaudible]

> Haggard-Belford: Please leave, sir.

> [Audience member is escorted out by officer]

> Haggard-Belford: All right. We are going to resume our business, and if the audience continues to interrupt with the resuming of our business, we will ask additional people to leave. Okay? Please be respectful. Allow us to communicate to get our business done so we

can get to the opportunity to give you the microphone. Okay? Ms. Jenkins, please resume.

*Id.* beginning at 15:48.

148.   Board member Jenkins resumed her comments and made note of threats that she and her family have received. *Id.* at 17:50. The audience continued to comment and heckle Board member Jenkins, with one female audience member yelling particularly loudly at the 19:44-minute mark of Item K and subsequently being escorted out by law enforcement. Immediately thereafter, law enforcement officers who were present at the meeting signaled to me that we needed to recess, as they were concerned for the Board's safety. I therefore called a recess at the 20:09-minute mark of Item K of the meeting.

149.   During the recess, the Board left the room and went to the Superintendent's office area. In the Board's absence, audience members took over the microphones in room, and we could hear yelling and screaming.

150.   Upon our return, I addressed the audience as follows:

Our plan for the remainder of the meeting, in the event that I have to interrupt the flow of the meeting again, we will clear the board room. The board members will remain in the board room, and public speakers will come in one by one from outside. Okay?

*Id.* at Item K, 20:56.

151.   When Part 2 of the public comments section began, "Thomas Jefferson" spoke and delivered the following remarks without interruption:

First of all, I'd like to point out for everybody here that we had a Board member tonight that talked to the health department and

66

asked a specific question: whether that person in the health department would want to be in a class with 30 kids without a mask or without a vaccination, and she was looking for a no answer. And yet that same person sits on this Board without a mask tonight, in front of a hundred people, just like that same teacher. That's hypocrisy. Okay? So I just wanted to start with that so everyone understands that the person sits here without a mask who wants our kids, who wants to make our kids wear masks.

I'd like to start by saying that we, the patriots of Brevard County, made a grave mistake last year allowing this board of dictators to put in place a mask mandate on our children in school. We will not allow you to put a mask mandate, or any other mandate, on our children anymore. The children of this county are our children, not your children, and we as parents decide what is right for our children, not a board of dictators. This is America, not Nazi Germany. However, each day in America it seems we are getting closer to Nazi Germany. With all the dictators telling us what to do, what to say. It is not the right of any government body to tell us how to raise our children, especially not the job of five board members. Mask option is the only constitutional option, allowing parents who want to send their kids to school with masks to do so, and allowing parents that do not want to send their kids to school with masks not to do so. That's what freedom of choice is all about. This is not even the school board's decision to make whether our kids wear masks or don't wear masks. This is only the decision and the parents' rights to decide what their children do. The last time I checked, the government and school board members aren't raising my kids, I am. These school board members don't feed or clothe or provide for our children, we do. We the people of Brevard County are fed up with five members trying to tell us what is right and what is best for our children. We are here to say, you will not mandate our children to wear masks anymore. Give me liberty or give me death.

*Id.* at Item E, Part 2 of 2, beginning at 2:43. I did not interrupt Mr. Jefferson because he did not specifically address his comments to an identified Board member, which would have been a violation of the Policy against comments

directed personally to Board members.

152. Ms. Delaney also addressed the Board. She did not identify herself as a Moms for Liberty member at the July 29, 2021 meeting. Ms. Delaney's comments included:

> Stop with the fear-mongering. It's not working.
>
> . . .
>
> I'm going to say this loud and clear. If you vote to force my child to wear a medical device, I will withdraw my three children from the district, along with their funds.
>
> . . .
>
> Now, I sent somebody up there an email that talked about their presentation about the achievement gap, and it frankly disgusted me. From what I understand, and the reason I'm talking about this, is they have refused to answer my questions through email. It sounded to me that he said that the reason why we have an achievement gap is because our teachers and administrators are, possibly unknowingly, racist and biased. I find that disgusting. We need to put the funds toward helping our kids who scored a 2 or below on the FSA. We don't need all the equity training. We don't need all the diversity training. This is 2021.

*Id.* at 9:58, 10:19, & 11:03.

153. I did not interrupt Ms. Delaney because she did not specifically address his comments to an identified Board member, which would have been a violation of the Policy against comments directed personally to Board members.

154. Moms for Liberty member Jennifer Dunn told the Board, "I'm

really disappointed and sad that you think it's okay to take special moments and memories away from myself and my family and my children, such as walking my child into his second grade class. Not holding his mother's hand. It's not acceptable." *Id.* at 16:07. I did not interrupt her.

155. Moms for Liberty member Jordan Johnson spoke against the Board's COVID-19 quarantine policy and delivered her comments without interruption until her time expired. I also did not interrupt her when the audience applauded when she criticized the fact that the Board did not have speakers with young children address the Board in Part 1 of the public comments section of this meeting. *Id.* at 28:40.

156. Moms for Liberty member Christina Baker questioned why the Board "would ask the DOH over the voice of the parents that listen, talk, and care for our children" regarding mask-wearing in schools. *Id.* at 32:21. She was not interrupted while giving her comments.

157. I interrupted another speaker, Aisha Hosey, who expressed support for the Board's COVID-19 mask policy. Ms. Hosey directed comments to an individual audience member, which violates the Policy against delivering personally-directed statements. My exchange with Ms. Hosey occurred as follows:

> Hosey: [Turning and talking directly to audience member] And when they [students] get off the bus, it is the school that is protecting them.

69

[Audience member responds, inaudible]

Hosey: Yes it is. You talk about liberty.

Haggard-Belford: Ma'am . . ."

Hosey: Our children . . .

Haggard-Belford: Face this way . . .

Hosey: Oh, I ran out of time. [Turning to audience member] Oh, I'm sorry. [Turning back to face Board, after time expired] Please protect . . .

Haggard-Belford: Sarah Hayfield . . .

Hosey: . . . my grandchildren, and all of . . .

Haggard-Belford: Thank you, ma'am . . . [Hosey still talking] . . . Ma'am, I'm going to have to ask you to put the microphone down and step down.

[Audience starts to call out]

Hosey: [Still speaking, inaudible]

Haggard-Belford: Ma'am, please put the mike down. It's time for somebody else to speak. Thank you.

*Id.* beginning at 38:07. I did not interrupt Ms. Hosey because of her viewpoint.

158.   I also interrupted speaker Dustin Platter, who expressed support for the Board's COVID-19 mask policy. Mr. Platter directed comments toward a certain segment of the audience, which violates the Policy against delivering personally-directed statements. Mr. Platter stated, "I keep hearing this side [gesturing] talk about freedom and their choices," at which point I interrupted

70

him and asked him to "stop referring to the 'other side.'" *Id.* at 42:42. I did not interrupt Mr. Platter because of his viewpoint.

159. Moms for Liberty member Carrie Gerace then addressed the Board, voicing opposition to the Board's COVID-19 mask policy and asking, "What about natural immunity? It doesn't seem to be anything that's ever talked about." *Id.* at 49:10. Her comments were uninterrupted.

160. The next speaker was Jonathan Shuman, who voiced support for the Board's mask policy. Mr. Shuman kept turning around and talking toward the audience, and I interrupted him, stating, "Mr. Shuman, if you would just keep it directed this way for me, okay?" *Id.* at 52:49. This was in keeping with the Policy requiring comments be directed to the Chair of the Board and was not due to Mr. Shuman's viewpoint. Mr. Shuman agreed, and he finished his comments without further interruption.

161. Ms. Hall also spoke at the July 29, 2021 meeting, and delivered the following statement without interruption:

> Masks optional, period. You know where I stand on this. I also want to point out the hypocrisy of tonight, many, many different hypocrisies. But to say that masks in one form have shut down schools or have sent our kids home to quarantine when they've been masked, and then to turn around on the other hand and say that flu is gone because of masks, look at the hypocrisy there. There are so many contradicting statements made by the Department of Health, by multiple people. We have got to get back to normal. We have got to get our children in a normal state of affairs. We cannot continue to run away from a virus that is going to be here forever, and it's going to mutate. It's going to continue

71

to run its course like the flu, like the common cold. How many variations of the common cold are there? Hundreds. We cannot continue to run from sickness. We can wash our hands, we can do the things that we do, we know we need to do. We don't need to have six feet distance, we don't need to have masks, we don't need to do all of this masking on buses or masking our visitors. That's one good way to not have volunteers, because I will tell you right now, I will not go into the schools if I have to be masked. So, please, can we just stop with this and go back to normal, and educate our children. Thank you.

*Id.* at 1:07:28.

162. A speaker named James Blackmun experienced several interruptions. Toward the beginning of his statement, Mr. Blackmun turned to face the audience as he stated, "I was concerned about these moms," and I responded, "Sir, keep it focused on me please." *Id.* at 1:15:30. Mr. Blackmun continued speaking and was interrupted by an audience member as follows:

> Blackmun: I will tell you guys that Proctor & Gamble spends a lot of money to convince us that a bear was snuggled up to the toilet and wipe his heiney with Charmin. A bear defecates in the woods. That meat is greasy. Everybody keeps saying that they don't know how this became politicized. Yes you do! It was a hoax by the Democrats to get the president out of office. Disinformation, misinformation, lies. Gravity works. Masks work. Black folk are not treated fairly in Brevard County schools. That's why there's a gap. I went to the bathroom and ran into one of your board members, and I reminded him that he's been captured by lies. We had an election in November, and they're still counting ballots in Arizona. And want to count them in Philadelphia, anywhere black people live. You say this is divisive, but what has happened is there is a misinformation, there is a disinformation campaign, and you're being lied to. And you know you're being lied to. You know we don't have a right to go into the Capitol and try to kill the vice-president. But yet you want to follow behind people with that nonsense. I'm going to tell you something. The truth is . . ."

[Audience member walks up behind speaker, making comments]

Haggard-Belford: Ma'am . . .

Audience member: I have a right to speak.

Haggard-Belford: You have a right to exit.

Board member: Not while he's talking.

Blackmun: Can I get my ten seconds back?

Haggard-Belford: I'm working on it. Ma'am, please find your way out now.

Audience member: I am. [Inaudible]

*Id.* at 1:15:55. When Mr. Blackmun's time expired, he continued talking, and I interrupted him by saying, "Mr. Blackmun, please."

163.  I did not interrupt Mr. Blackmun when he mentioned a Board member in the bathroom because he did not single the Board member out for comments, but instead continued speaking to the Chair and Board as a whole, which is permitted under the Policy. I interrupted Mr. Blackmun when he continued speaking past his time, as he was in violation of the Policy and disrupting the Board's ability to conduct its business. I asked the audience member who interrupted Mr. Blackmun's comments to leave because she, too, was being disruptive and preventing the Board from conducting its business, as well as preventing Mr. Blackmun from being heard.

**August 10, 2021 Meeting**

73

164.  At the August 10, 2021 Board meeting, 56 speakers signed up to deliver public comments. Of those 56, 3 were identifiable as Moms for Liberty members: Ms. Delaney, Ms. Hall, Jody Hand. https://brevardpublicschools.swagit.com/play/08102021-1031, Item E (last accessed Nov. 22, 2021).

165.  After the July 29, 2021 meeting, the Brevard County Sheriff's Office ("BCSO") became concerned for the safety of the Board, Superintendent Mullins, and audience members in light of the conduct that was displayed at that meeting. In response, the BCSO worked collaboratively with myself and District staff to integrate more clear instructions into my script for opening remarks regarding actions that would be taken in the event decorum is not followed. Accordingly, the following statutory references were incorporated pursuant to advice from BCSO's legal counsel:

> For those of you joining us in the audience, I want to advise you of a few things. First, if you have to leave the building for any reason, you will not be permitted to reenter. Your seat will be given to the next person waiting to enter. Additionally, please note that this is a business meeting of the board held in the public. The board is authorized to adopt rules or policies to maintain orderly conduct or proper decorum in a public meeting, and your opportunity to be heard is subject to those rules and policies. The appropriate place for public participation in the meeting is during your individual public comment opportunity as identified in the agenda. Outside of your individual public comment opportunity, your role in this meeting is as an observer. Pursuant to Florida Statute 877.13, it is unlawful and a misdemeanor of the second degree punishable by up to 60 days in jail and a $500 fine for any person to knowingly disrupt or interfere with the lawful administration or functions of

46746878 v1

any educational institution or school board, or knowingly to advise, counsel, or instruct any school pupil or school employee to disrupt any school or school board function or activity on school board property. I will ask persons deemed to be knowingly or intentionally disrupting this meeting of the Brevard Public School Board to stop or leave. If persons receiving the warning do not follow my instructions, I will instruct Brevard County sheriff's deputies to take any law-enforcement action they deem appropriate, and you may be escorted, detained, or arrested, depending on the conduct. Persons who refuse to depart after a warning may also be committing the crime of trespassing contrary to Florida Statute § 810.09. These statutes apply to conduct on all school board property, which includes this board room, as well as the outside of this building and the sidewalks. In the event multiple individuals fail to adhere to these expectations, and board business cannot continue due to disruption, I will call a recess and request that the law enforcement officers present clear the room of attendees. When the room is clear, the board will return and resume their meeting with no public presence. Those who are signed up to speak will be seated under the front entry area and called in when it is your time to speak. If you continue to cause a disruption, you are in violation of Florida State Statute 877.13, or if you fail to leave the premises after being warned by the sheriff's office, you are committing trespass, and the board has authorized the sheriff's office to enforce these rules.

*Id.* at Part A, 0:40-3:18.

166.   The purpose of adding this language to my opening remarks is not to prevent anyone from expressing their viewpoints or otherwise chill speech. Instead, the purpose is to ensure proper decorum during meetings, prevent disruption or interference with the Board's ability to conduct its business, and to ensure the safety of all participants at Board meetings.

167.   During the public comments section of the meeting, Moms for Liberty member Jody Hand was the first person to speak. Ms. Hand expressed

disapproval of mask mandates in school, noting that "[m]edical decisions lie in the hands of the parents." *Id.* at Item E, 7:55. I did not interrupt her comments.

168. "Thomas Jefferson" was the next speaker. Mr. Jefferson delivered the following comments without interruption:

> I just want to thank God for our Governor DeSantis, okay, that's keeping us [audience cheers and applauds] free and keeping us hope, and he has said that he will dock the pay . . . I want to thank Governor DeSantis for keeping us open, and I want to thank Governor DeSantis for making the call that he will dock the pay of the Superintendent or the pay of anyone else that [audience applauds and cheers] supports a mask mandate on our kids.
>
> . . .
>
> We the people will not allow this school board to continue to ruin our kids' lives by stopping their educations to be vacc— quarantining over a flu virus. For the last two years, we have sat here and let five board members dictate to us what is right and what is wrong for our children. Not anymore. We the people decide how to raise our children, not you five [pointing]. [Audience cheers and applauds] Every board member that has not opposed, has not opposed the LGBTQ agenda, equity or equality audits, mask mandates on the school, on the bus, we the people will vote all of you out of office. [Pointing, audience cheers and applauds] It's coming. It's coming. Every one. All five are going to be voted out of office. Because we the people, okay, make the decisions of what we do with our kids. [Audience applauds] We will not allow you to continue to force our kids . . . or mandate LGBTQ, critical race theory on our children anymore in Brevard County schools. We the people are fed up with your, with your government overreach. Give me liberty or give me death. [Audience applauds]

*Id.* beginning at 10:07.

169. I did not interrupt Mr. Jefferson. After he completed his remarks, I addressed the audience as follows:

I would ask that you all keep down the noise from the audience during the speakers because the truth of the matter is, whether you agree with them or disagree with them, nobody can hear what they're saying when you all are making noise in the audience, whether it's supportive or against. So if we could just cut that out, let's get through our two and a half hours of public conversation, and get to the work that we need to get to, please.

*Id.* at 12:27.

170. Ms. Hall also spoke at the meeting, delivering the following uninterrupted comments:

I just wanted to quickly thank you all for allowing school to ensue today with masks optional. I think, I don't know if you guys went into the schools today, but I have an overwhelming consensus that the vast majority of teachers and students have chosen not to mask. I feel that that should be taken into consideration with all of this. We are toiling over masks or no masks. What does the majority want? What is the majority willing to do? The risks we are willing to take to ensue, you know, the schools [inaudible]. So, anyway, I wanted to talk about the, we had a couple of questions that I would have liked to have asked of the medical professionals here. I would actually like for that to be announced ahead of time so that we could submit questions as the constituents [audience applauds], to be able to ask our own questions. So have there been any studies done on the safety and effectiveness of long-term mask wearing? Of non-regulated masks on children for six to eight hours a day, I would love that question to be asked. How long do doctors or nurses wear non-N95 masks before they're discarded? Are concerns of bacterial growth in cloth masks due to moisture from breath, constant touching, unsanitary conditions? Is that a valid question? Why were flu rates down and COVID up if the masks work? Wouldn't COVID not have had such a spike? I want to see the peer-reviewed study that shows that masks are the reason for the flu to be nonexistent. So again, thank you for allowing kids to go back to school with masks optional. Of course, you know where I stand.

*Id.* at 1:27:28.

171.  Additionally, Ms. Delaney spoke. At this meeting, Ms. Delaney wore a Moms for Liberty shirt to identify herself as a Moms for Liberty member. Ms. Delaney gave the following remarks:

> The first thing I want to talk about is, I, I'm just really getting over the fact that our freedom is being balked at. Any time any of us bring up freedom, it's just, people smirk at it or laugh at it. And we are the greatest nation on this planet because of our freedom. We are the only country in the world that has freedom, which is why there are millions of people at our southern border waiting to get in here, because of our freedom. So I'm sick and tired of people balking at that. We cannot let it go. We have to fight for it. We have to hold it, and we have, we cannot let go of our freedom. My husband fought in Afghanistan. Both of my grandfathers fought in World War II against Hitler. Freedom is worth everything. I am not going to give up my freedom. And another thing I want to talk about is that members in this room and on the board have been seen at local events without masks, but then you show up here with masks on. You all want to say we're making it political [exhales exasperatedly]. It's ridiculous. You know, there's, there's … We're over it. We are a free nation. You are not going to mask my children. Now, quarantines. They make no sense to quarantine our healthy children. It just, it makes no sense. My children were quarantined four times last year. Four times. Not once did any of them get COVID. Ridiculous. You have, it's your responsibility to educate our children. And if you keep taking our healthy kids out of school, you are stopping them from getting a quality education, especially with getting rid of the e-learning option and the Zoom and all that stuff. What are these kids going to do when they're quarantined for a month? Their parents have to work. Who's going to be there to instruct them? Only children who test positive should have to be taken out of school. Every other health children, child should be able to continue to go to school.

*Id.* at 2:14:00. I did not interrupt Ms. Delaney until her time expired.

## August 24, 2021 Meeting

172.  At the August 24, 2021 Board meeting, 33 people signed up to

speak. Of those 33 speakers, 7 were identifiable Moms for Liberty members:

Ms. Delaney, Ms. Hall, Michelle Beavers, Chris Bird, Julie Bywater, Erin

Davison, and Jody Hand.

https://brevardpublicschools.swagit.com/play/08252021-797, Item E (last

accessed Nov. 22, 2021).

173. Ms. Delaney delivered the following uninterrupted comments:

"[inaudible] … quarantining our healthy kids. There's no point. Children are not turning up COVID positive when we are quarantining our healthy children. It's not happening. I believe it's .007% of the kids are testing positive when they're, when they're quarantined through the contact tracing. So you are not doing your jobs and educating our children. I saw a post today of a mom struggling with their kid because they have missed two weeks of Algebra II. Imagine missing two weeks of Algebra II. You might as well fail the kid now. They're not getting work sent home, they're not getting any help, there's no e-learning, there's nothing. Stop quarantining our healthy kids. It's illegal. Secondly, I, I, I really need to talk about this, because I have emailed, I have spoken up here directly to the person. Our teachers are not racist. The achievement gap is not because our teachers are racist. It's because many different things which we don't have time to talk about today, which I reached out to the NAACP, I've reached out to many of you, I've reached out to all sorts of organizations. I want to help our kids that are not getting educated. And I know that you guys do, too. Stop blaming it on racist teachers. We don't have racist teachers. Okay? Shame on you for calling our teachers racist. [appears to be looking at one particular board member] The last thing that I want to talk about is the board's public Facebook page. It's important that if you guys have these pages, that you guys are monitoring them, because people are being threatened, and it's completely inappropriate that it's happening on your guys' school board Facebook pages. If you have them, you need to monitor them, because at the end of the day, you guys are liable if somebody gets hurt. You know, put it out there to your constituents, say, 'hey, guys, this is completely inappropriate. This will not happen on my

page. I don't care what side of the aisle you're on, this is completely inappropriate.' That's what needs to be stated because this is getting out of hand and somebody is going to get hurt. And then it's going to be, you know, a much bigger problem. So please, please address that.

*Id.* at 17:05.

174. Ms. Hall also spoke without interruption:

Moms for Liberty Brevard Chapter is a 501(4)(c) nonprofit, nonpartisan organization operating within Brevard County. We are dedicated to promoting liberty, individual rights, limited government, and parental rights within the education system. Our mission is to restore the balance of our education system by unifying, educating, and empowering parents to defend their parental rights at all levels of government. I wanted to bring the parental guide, Parental Bill of Rights guide [holding up] to all of our members today here. If you'd like one, I have more. But I wanted to read a few of the parental rights that we are granted now that this is law. The right to make health care decisions for our minor children, unless otherwise prohibited by law. The right to make medical decisions to address any needs of our minor children. This is a matter between us, our minor children, and a competent health care professional chosen by me. The right to exempt our minor children from immunizations for religious reasons. Those are just a few of the rights that are given to parents with the Parental Bill of Rights. So we're very thankful for Governor DeSantis passing that, or signing that bill. I want to make clear that no one in this room, regardless of their opinion on the efficacy of masks, or their opinion of the vaccine, wants people to be sick. And we certainly wish for those that are sick to get well, and get well soon. However, there has never been a time in history when healthy people have been quarantined at the rates and in the manner that we are quarantining now. I would like to ask the board to put in motion or petition the Florida Department of Health track contact trace quarantines and whether those contract traces are actually getting sick. If the data is showing that quarantined children are getting sick, I can see that continuing this practice is working and is necessary. However, but if the data does not show that people are getting sick, and I feel strongly that

we're not going to find that evidence, then I think the petition from the board would be in order to the Department of Health and the governor. Moms for Liberty will be putting out some calls to action to our members to start writing and calling legislators to look at the data and change the rules if the data is showing that kids are not getting sick. We would greatly appreciate your collaboration in this effort, because it would benefit us all. It would benefit all of us to be doing what works and stop doing what clearly does not work. Thank you for your time.

*Id.* at 20:29.

## August 30, 2021 Meeting

175.  At the Board's August 30, 2021 meeting, a total of 142 people signed up to speak. Of those 142 speakers, 17 were identifiable Moms for Liberty members: Ms. Delaney, Ms. Hall, Michelle Beavers, Jessica Bellinger, Chris Bird, Maren Caldwell, Robin Davison, Erin Davison, Jennifer Dunn, Jody Hand, Dakota Pharr, Susan Richards, Marie Rogerson, Christie Shelley, Jennifer Strafford, Liashon Taylor, and Carol Vyhonsky.

https://brevardpublicschools.swagit.com/play/09012021-501, Item A5 (last accessed Nov. 22, 2021).

176.  The August 30, 2021 meeting was held on an emergency basis to discuss rising COVID-19 levels in schools and whether to renew a mask mandate for faculty, staff, and students. Because this was an emergency meeting, and to ensure that all speakers were heard, speaker time was limited to one minute.

177.  The first speaker at the August 30, 2021 meeting was "Thomas

Jefferson," who delivered the following statement:

> My name is Thomas Jefferson, the founder of the Patriot Party of Brevard. Let me start by saying that we the patriots of Brevard will not enforce any mandates on our patriotic children. Let me also say that you, the Communist dictators that sit on this school board, will not ever mandate health and education decisions for our patriot children. Never ever again. Remember one thing: a mandate is not law. However, what is law is HB241, that gives all the parents the right to decide if they want to mask their kids or not mask their kids. The patriots of Brevard say no masks. Listen to me. I say to any and all school board members that vote yes on this mandate: you're fired. I'll say that again. Any and all school board members that vote yes on this mandate, you're fired. When tyranny becomes law, rebellion becomes duty.

*Id.* at 1:30.

178.   I did not interrupt Mr. Jefferson. When he finished speaking, the audience cheered and applauded, and I addressed the audience as follows:

> Audience members, I'm going to ask that you please hold your applause in response to the speakers. We have 142 speakers scheduled this morning, and we would like to make sure that we have an opportunity to hear all of them. So if you would please just hold your applause in response to the speakers so that we can do that, that would be great.

*Id.* at 2:34.

179.   Ms. Hall delivered the following uninterrupted comments to the Board:

> If the mask mandate is passed today, it will technically be against the law. And even after the ruling is signed, it will be appealed and overturned. Please do not continue putting our children, parents, and staff on this ridiculous roller coaster. At the last meeting, we heard about the ridiculous process and overburdening of our BPS administrators with COVID quarantine protocols. Why would we add to this burden right now? If a mask mandate is instated today,

our teachers and administrators would be piled on even more. The DOH emergency rule allows for parents, parents [raising voice], to opt out. This is a parental opt-out, not a medical opt-out. My child will be attending school without a mask. I will not comply with any mask mandate, you'll have to kick me out.

*Id.* at 28:25.

180.   Ms. Delaney also made the following statement, which I did not interrupt:

I will not mask my children. If you vote to impose a mask mandate, you are violating the law. HB241, I know you all know it by now. That states parents are in charge of their minor children's medical decisions, not you all. I sent all of you medical data from Steven Petty. He is not a doctor, he is a mask expert who trains doctors. He said, he is one of the leading mask experts in our country, and he said that masks, even N95 masks, do not stop the spread of COVID. This is a mask expert, the person who is training doctors. I will not comply. My children will not go to school with masks on.

*Id.* at 1:22:18.

### September 9, 2021 Meeting

181.   At the Board meeting on September 9, 2021, 23 speakers signed up to make public comments. Of these 23 speakers, 3 were identifiable as Moms for Liberty members: Ms. Delaney, Mr. Cholewa, and Cindy Martin. https://brevardpublicschools.swagit.com/play/09102021-724, Item A17 (last accessed Nov. 22, 2021).

182.   Ms. Delaney, who wore a Moms for Liberty shirt at the September 9 meeting, delivered the following uninterrupted comments:

Members of the Board, your COVID mitigations are failing students of Brevard County. I am speaking tonight for a local

83

health care worker that cannot be here today. She has done all the things you have asked of her. Her daughter is vaccinated, she wore a mask even before, even when, I'm sorry, it wasn't being illegally mandated. Yet, she was forced to quarantine even though she was well past the threshold of the two-week policy. During that time, since there was no e-learning and no work was sent home, her straight A student got marked with multiple zeros for participation grades while under a forced quarantine, resulting in two Fs. Again, this child is vaccinated, and she wore a mask. Your policy, and failure to implement or maintain it, has yet again failed another child. You all should be ashamed.

*Id.* at 10:42. Ms. Delaney also spoke on the achievement gap in Brevard County schools. I did not interrupt Ms. Delaney's comments.

183. Mr. Cholewa spoke uninterrupted at the September 9, 2021 meeting. His comments included the following:

First, I want to say thank you to the two Board members who had the courage to vote no on the mask mandate. We will not forget should you decide to run for reelection. At the emergency meeting, one of the Board members volunteered her political party affiliation as Democrat, but stated that her decision was not political. The only explanation I could come up with as to why you would vote for a mandate with facts and data that contradict that decision would be that it's political. So when I look to political reasons as to why somebody would make a decision to mask an innocent child and put that unnecessary responsibility and burden onto them, I came across a student at Dartmouth University that said that the liberal media negatively skewed over 90% of their stories so as to exaggerate the fear of the COVID pandemic, regardless of what the data and the science were saying at the time.

*Id.* at 20:07. Mr. Cholewa also stated:

To the one Board member who is so worried about racial equity and inclusion as I stare up at a Board with zero racial diversity, I think it's time for her to lead by example, acknowledge her white

privilege, put her money where her mouth is, and step down as a Board member to allow her position to be filled by a person of color.

*Id.* at 22:45.

184. Mr. Cholewa did not specifically identify the Board members to whom he was referring or direct his comments directly to those Board members, so I did not interrupt his comments.

185. Cindy Martin also spoke uninterrupted at the September 9, 2021 meeting. She thanked the "two Board members who voted against the mask mandate" but did not specifically identify them or direct her comments only to them. *Id.* at 43:01.

### September 21, 2021 Meeting

186. At the Board meeting on September 21, 2021, 33 speakers signed up to make public comments. Of these 33 speakers, 11 were identifiable members of Moms for Liberty: Mr. Cholewa, Ms. Delaney, Ronell Ballinger, Michelle Beavers, Julie Bywater, Erin Davison, Cindy Martin, Susan Richards, Michelle Smith, Jennifer Strafford, and Molly Williams. https://brevardpublicschools.swagit.com/play/09222021-781, Item E (last accessed Nov. 22, 2021). Two of the registered speakers were arrested by BCSO prior to the meeting for altercations with law enforcement outside the building.

187. Ms. Delaney spoke at the September 21, 2021 meeting. She began her comments as follows:

I just want to start by giving a shout out to Jennifer Cockrel . . . and Patty Henning. They helped us with the ELA curriculum review, and we just really appreciate them and they were super friendly, helpful, just awesome ladies, and we really appreciate them.

*Id.* at 5:28. Although Ms. Delaney identified specific Brevard Public Schools staff members by name, she did not address anything related to these employees that could be considered a privacy or confidentiality issue. Her comments therefore did not violate the Policy, and I did not interrupt her.

188.  Ms. Delaney continued by voicing alarm at district-wide student results on the FSA, the standardized test that students take to measure achievement, and claimed that the board is ignoring the achievement gap. Ms. Delaney stated: "Are you here to tell us how to parent, or are you here to educate our children? Because you aren't doing either." *Id.* at 6:57. She also said, "you three [looking at Board members] are breaking the law. Again. So, I would ask that you do the right thing and put a parent opt-out and follow the law." *Id.* at 7:07. I did not interrupt Ms. Delaney, who did direct her comments to a specific Board member.

189.  Moms for Liberty members Molly Williams, Susan Richards, Jennifer Strafford, Ronell Ballinger, Erin Davison, Julie Bywater, Michelle Smith, and Michelle Beavers spoke at the meeting against the Board's COVID-19 mask requirement. I did not interrupt them. *Id.* at 8:40, 15:12, 17:39, 52:37, 56:23, 56:48, 1:02:11, 1:11:38.

86

190. Moms for Liberty member Cindy Martin made the following statement to the Board:

> I'd like to thank the two board members at BPS for voting against the mask mandate, because at the time that the board was voting on the mask mandate, August 30, 2021, your own attorney, under advice of Mr. Gibbs, who is with us this evening, stated that Judge Cooper had not yet signed the order, and Mr. Susin seconded that by saying he didn't know if it was legal to vote on a mask mandate since this was being litigated, and it was not, actually, the order was not signed. As of right now, there's still a stay on this.

*Id.* at 36:02. I did not interrupt Ms. Martin, who did not single out a Board member for personally-directed comments, which would have violated the Policy. When Ms. Martin referenced Board member Susin, she merely referenced an event that occurred at a Board meeting and continued to direct her comments to me as the Chair and to the Board as a whole. By referencing Mr. Gibbs, Ms. Martin did not share any information that could raise privacy or confidentiality issues and did not violate the Policy.

191. Another speaker, Martin McClellan, who did not identify himself as a Moms for Liberty member, also spoke against the Board's COVID-19 mask policy. He delivered his comments without interruption until his time expired, at which point I said, "Unfortunately, your time is up." *Id.* at 45:40. When he continued speaking after leaving the microphone, I told him, "That's enough, sir." *Id.* at 45:33. I did this because Mr. McClellan was being disruptive to the Board's ability to conduct its business, and not because of the viewpoints he

46746878 v1

was espousing.

192.    Sara Chiavario, who did not identify herself as a Moms for Liberty member, also spoke against the mask policy. Ms. Chiavario stated:

> To be honest, I'm disappointed in the hostility being presented by certain board members and your spokesperson to the parents who came to have their voices heard. I was verbally assaulted at one meeting, sitting in my seat and following decorum by someone who disagreed with the speaker while the meeting was in process. Another incident myself and many others, including a child, was called an expletive right before the emergency meeting in the board room by the teacher union president. I don't appreciate being accused of using my children as political pawns by BPS, when I am not the person who put my children in the middle of this illegal mess.
>
> . . .
>
> Madam Chair, you stated that you want to get the masks off the kids ASAP. I support you in being a woman of your word and doing that tonight by voting to not extend the mask mandate and start to begin to build trust with the parents you blindsided with your illegal mask mandate.

*Id.* at 46:24 & 47:07. I did not interrupt Ms. Chiavario. While she criticized "certain board members," she did not direct her comments to those members individually and therefore did not violate the Policy. Ms. Chiavario also referenced being called "an expletive," but did not use the particular word and therefore did not engage in language that was abusive, obscene, or irrelevant, which would have violated the Policy. Finally, while Ms. Chiavario directed comments specifically to me as Chair, she was permitted to do so under the Policy.

46746878 v1

193.  Mr. Cholewa began addressing the Board at the 1:05:00 mark of Item E of the September 21, 2021 meeting. He did not identify himself as a member of Moms for Liberty. Mr. Cholewa began his comments with the following:

> 'It's not about freedom.' That's a direct quote from the current president of the United States of America, who's a Democrat and a bully. It's definitely about politics, but it's not about science or freedom. I wonder what it was about for any of those who fought against slavery or discrimination, or anyone who has ever fought and died serving our military. It's always been about freedom. Freedom is the bedrock of our country. But according to our current President, it's not about freedom. That's the current mindset of the administration and the White House. Their shameful ideologies seemed to have trickled down into our school boards. Remember when classic liberalism used to advocate for the protection of civil liberties, unlimited government? Now it's mutated into a toxic woke progressivism that's affecting our country like a plague. But they made a very big mistake when they decided they're going to come after our children. It crossed a serious line. Now I'm pissed. I'm not having it. You know Democrats don't care about freedom when it comes to raising and caring for children. Let's look at some of the other disgusting leftist ideologies we're fighting. We're talking about the party that accepts the murder of full-term babies with abortion. The party that says babies, white babies are born racist and oppressive . . .

*Id.* at 1:05:00.

194.  At this point, after Mr. Cholewa had been speaking for 1 minute and 24 seconds, I interrupted him by saying, "Joey, you, you're pushing the limit. Please be respectful. Okay?" Mr. Cholewa replied, "Well, it's not about freedom of speech in front of you." *Id.* at 1:06:24. I interrupted Mr. Cholewa due to the Policy's limit on statements that are personally directed, abusive,

and irrelevant. I was concerned that Mr. Cholewa's statements would adversely affect the decorum of audience members and would result in the disruption of the Board's ability to conduct its business. I did not interrupt Mr. Cholewa due to his viewpoint. If a speaker espoused similar statements about those with "right-wing ideologies," I would have interrupted them, as well.

195. Mr. Cholewa continued his statement, which I ultimately interrupted after he spoke for another 28 seconds:

> Cholewa: The party that believes in masking children, I'm sorry. It's the party that believes that political activism and indoctrination by teachers is acceptable in schools. A party that believes in masking children to silence them and turn them into faceless and emotionless drones. A party that thinks that if a child plays with toys or dresses in clothes for the opposite sex, they should immediately be confirmed a transgender and put on hormone blocking drugs so that their parents can show them off like a fashion accessory, because really, all that matters to them is that . . .
>
> Haggard-Belford: Joey.
>
> Cholewa: The praise and acceptance of their other . . .
>
> Haggard-Belford: Enough.
>
> Cholewa: . . . woke friends.
>
> Haggard-Belford: Enough.
>
> Cholewa: Of what?
>
> Haggard-Belford: Enough.
>
> Cholewa: Grow up. Okay?

46746878 v1

Haggard-Belford: Please stop. You are insulting . . .

Cholewa: Grow up.

Haggard-Belford: . . . half of our . . .

Cholewa: I don't care what you think, I'm . . .

Haggard-Belford: . . . audience.

Cholewa: . . . not saying anything inappropriate.

[Audience shouting comments]

Haggard-Belford: And you guys need to stop or I'm going to clear the Board room.

Choluwa: . . . [inaudible] rules in our schools . . .
Haggard-Belford: I'm not referring to . . . sir, I'm asking you to be respectful of people who . . .

Cholewa: I am respectful.

Haggard-Belford: I'm asking you to be respectful of people who view things differently.

Choluwa: So I can't talk about their views? I literally just want to [inaudible]. You did it to me the time before [inaudible] acknowledge what my district person did for an entire year, because you go on and silence people, you don't want to hear the truth, and it's going to come out. And I will fight you. I'll be here every weekend, and I will be yelling at you and screaming at you and telling you things that you don't want to hear, and that's right, because this is America. I know you don't like freedom, I know you don't like liberty, you don't like the Constitution . . .

Haggard-Belford: All right.

Cholewa: Guess what. I'm going to keep talking.

Haggard-Belford: Leave please. Have a good night.

*Id.* at 1:06:32-1:07:53.

196.  I interrupted Mr. Cholewa because he continued with personally-directed, abusive, and irrelevant comments and was not exhibiting the decorum required for the Board to continue with its business without impediment. Mr. Cholewa's comments resulted in disruption in the audience, as demonstrated by the shouts that the audience interjected while I engaged with Mr. Cholewa. These were violations of the Policy. I did not interrupt Mr. Cholewa or ask him to leave based on his viewpoints, which were shared by many others who spoke at the meeting without interruption by me.

197.  Chris McGill spoke after Mr. Cholewa and appeared to defend him:

> I'm going to have to defend this young man, because it was shameful, I was offended. I know I haven't reached out to you or any of you school board members, but I know one of you school board members recently did comment, after Florida Today did reach out to you, but a lot of these parents who have reached out to you, you have not replied back to them. It's funny how you can get back into contact with journalists and news outlets, but you can't get back to the parents.

*Id.* at 1:08:21. I did not interrupt Mr. McGill, regardless of whether he agreed with Mr. Cholewa. Mr. McGill did not engage in personally-directed, abusive, or irrelevant commentary. His comments therefore did not violate the Policy.

## October 5, 2021 Meeting

198.  On October 5, 2021, we held a Special Board Meeting for the limited purpose of addressing the Board's COVID-19 mask policy. As this was

not a regular Board meeting, speaking time was limited to one minute per speaker. A total of 33 people signed up to speak, 2 of whom were identifiable Moms for Liberty members: Mr. Cholewa and Ms. Delaney. https://brevardpublicschools.swagit.com/play/10062021-930, Item A5 (last accessed Nov. 22, 2021).

199.   Ms. Delaney addressed the Board as follows:

Members of the board, I'm sure you've seen Senator Mayfield's response to the decision you all have made, that she does not agree with what you believe the law states. We are imploring you, please, allow a parental opt-out. It's our children, it's our choice. We are the ones who determine the medical decisions for our kids, and masks are part of that. Thank you so much. I appreciate you.

*Id.* at 1:02. I did not interrupt Ms. Delaney's comments.

200.   Mr. Cholewa also delivered the following remarks:

Just to clear it up, taxes pay for public education. And watching the recent meeting in front of our state senator, representative, was telling for me, and it was honestly pretty awesome to watch. It gives you an insight into the kind of narcissism it takes when you see a person truly believe they know what is better for other people than what they know is better for their own selves. Where it's clear the blatant disregard for the rule of law, to believe they're above the law, they're not accountable to the same laws as everyone else, and that parental rights are beneath them. To be so out of touch and entitled to believe they do not have to be held accountable to the children they have harmed through learning loss and how that has damaged their education. To believe the false illusion, the false illusion of safety and security by government overreach, as found to be superior to the freedoms and liberties guaranteed by God and ensured by the Constitution. It's definitely apparent that authoritarianism combined with arrogance is very popular amongst school boards these days, but the one thing I did get from watching that meeting is if I was in

your position, I'd want to cover my face in shame as well.

*Id.* at 19:57. I did not interrupt Mr. Cholewa.

201.   Neither Ms. Delaney nor Mr. Cholewa identified themselves as Moms for Liberty members at the October 5, 2021 meeting.

## October 12, 2021 Meeting

202.   At the October 12, 2021 meeting, a total of 19 people signed up to speak. Of those 19 speakers, 2 were identifiable Moms for Liberty members: Mr. Cholewa and Ms. Delaney. https://brevardpublicschools.swagit.com/play/10132021-967, Items E & J (last accessed Nov. 22, 2021).

203.   One item on the October 12, 2021 meeting agenda was whether to adopt a Florida School Board Association ("FSBA") resolution regarding the safety of school board members and commenters. *See id.* at Item C. As part of the discussion of this item, Board member Jenkins described threats that she and her family have experienced:

> I don't reject people coming here and speaking their voice. They do it all the time. We don't stop them from doing that. I don't reject them standing outside my home. I reject them following me around in a car, following my car around. I reject them saying that they're coming for me, saying that I need to beg for mercy. I reject that when they are using their First Amendment rights on public property, they're also going behind my home and brandishing their weapons to my neighbors. That they're making false DCF claims against me, to my daughter, that I have to take a DCF investigator to her playdate, to go underneath her clothing and check for burn marks. That's what I'm against, which is a credible threat and

94

calculated.

*Id.* at 16:43.

204. Mr. Cholewa spoke on the FSBA resolution agenda item, stating:

I just want to say to the school board member who's experienced the threats, while we disagree, I want to apologize on behalf of the majority. We do not condone their actions. The extreme fringe outliers do not represent us, and they are counter-productive to our goals, and we condemn them as well. But regarding the FSBA resolution and how it relates to the NSBA letter to the President, just to make it clear, all the parents in this room and all the parents across the country standing up to the school boards, we are not the problem. We are actually fighting against the problem. School boards have become infected with ideologies that have deviated from educational norms and forced our children to become subjected to social activism in schools. That promotes racism, segregation, oppression, victimhood, sexually explicit materials, and unjustified hatred toward our country. It's the school boards that have forced children to wear masks against everything that's natural, against law, against the science, in violation of parental rights. The children should come first, and when you look at the people who are creating harm toward our children, it is not parents, but members of the school boards and teachers who confuse social justice as education. The parents who come to these meetings are the frontline fighters against the real evil that is contaminating our schools. In fact, we can probably agree on one thing, and that is, we have really nothing in common, because everything I just mentioned, I consider a threat to my child's well-being. I also consider it to be child abuse. There are school board associations, there are teachers' unions, but who are the advocate groups for the children? Well, that would be the parents. And if we had a sane federal government right now, it would be the parents writing to the DOJ and FBI to investigate school boards and teachers' unions for crimes against children. The irony is that some school boards here, some school board members here and all across the country have managed to create these problems in our school system, and now claim to be the victims. Now the school board, the National School Board Association is asking for federal assistance from the government as they label parents an imminent threat,

46746878 v1

and some even as domestic terrorists. While also trying to adopt the new FSBA resolution to ensure views are heard in a safe environment during hearings, how exactly does this resolution benefit parents? What about a safe environment for children? Does this resolution give me, as a parent, the power to call upon an officer in this room and ask them to remove any of you on this board from this meeting if I believe that your vote harms my child, or if something you said hurts my feelings? Instead of implementing this resolution, you could immediately solve this entire problem by acknowledging that parents are the sole stakeholders in their child's education without forcing harmful masks on our children and crack down on educators pushing social justice in classrooms. And you can also vote on a resolution that installs a safe space over there in the corner for other people who get their feelings hurt when confronted with simple truths as well. Also, to suggest that the COO could possibly spend less time harassing parents as a bully about masks when they are not in violation of the policy, and more time learning how to put together an effective PowerPoint presentation.

*Id.* at Item E, 6:05. I did not interrupt Mr. Cholewa's comments.

205. Ms. Delaney spoke during the non-agenda public comments section of the meeting and delivered the following statements:

Members of the board, I'm here today to step up to the challenge that you guys gave us last time. I, I want to work with you all. That is where our passion is. Our kids, they are number one. And I also want to say that I, you may believe it, you may not, but I pray for each and every one of you every day, for your safety, for your decision-making skills, your discernment. Some of the evil that's been pushed in our districts, the divisiveness, it's gotta stop. It's gotta stop between the parents, it's gotta stop amongst you all. We all have to work together for the betterment of our kids. And I know that's what we want.

. . .

So the next part that I, the next thing that I want to talk about is the public comments. The, very infrequently, there are less than, ten people or less. So almost every meeting, our time will get cut

96

short, and one minute is surely not enough time to speak with you all. And public trust, the way that it can get rebuilt is if we work together, we stop allowing public comments being flown from this mic to parents out here, amongst you all. When certain people go off on a tangent against parents, we need that quickly stopped. I'm here giving the olive branch. I want to work with you all. The achievement gap, I am completely 100% invested in, and I have some really good ideas that I would love to speak about. I grew up here in Brevard County. Mr. Susin was one of my teachers. I love this community. I'm happy to raise my children here. But what's gone on these past two years is devastating. It's devastating. I know people in this room, and it devastates me that we haven't even looked at each other. People that I love and that I helped, and that, you know, I think loved me, too. And this goes for the whole community. We need to start working together as a community. These are our kids. We all love our kids. We're all just trying to do the best for our kids that we can, even though it might be in different ways. But I'm not going to take any more time. Thank you so much.

*Id.* at Item J, 11:49 and 12:55. I did not interrupt Ms. Delaney when she mentioned Board member Susin because she was not addressing him personally or directly. Instead, she mentioned Mr. Susin's name in passing as part of her larger comments directed to the Chair and the Board as a whole, which is in keeping with the Policy.

## October 26, 2021 Meeting

206. At the October 26, 2021 Board meeting, a total of 26 people signed up to speak. Of those 26 people, 9 were identifiable Moms for Liberty members: Ms. Delaney, Ms. Hall, Michelle Beavers, Julie Bywater, Erin Davison, Karen Fulton, Susan Richards, Judy Stevens, and Molly Williams.

https://brevardpublicschools.swagit.com/play/10272021-801, Item E (last

accessed Nov. 22, 2021).

207.　Among the topics addressed by speakers were proposed changes to the Policy, which included limiting non-agenda discussion to 1 minute and not broadcasting non-agenda public comments. Speakers also addressed reports that a Brevard student named Sophia, a non-verbal child with Down's Syndrome, came home with a mask tied with a rope or shoelace around the back of her head. *See generally id.*

208.　Ms. Delaney made the following comments to the Board, which were uninterrupted:

> I wanted to read a quote by Barack Obama. 'To those who cling to power through corruption and deceit and the silencing of dissent, know that you are on the wrong side of history, but that we will extend a hand if you are willing to unclench yours first.' That being said, I'm hoping you all want to be on the correct side of history. Please let the illegal mask mandate expire. Even with the parental opt-out, it leaves room for forms to get lost and for children to be harassed and abused, like sweet Sophia. BPS failed her. They abused her. That was made possible by this illegal mandate. I find it ironic that the union president got 40 minutes to speak, while I am the union president of my students' union, and we deserve at least 3 minutes. This is an attempt to silence the public. Nothing more, nothing less. I watched the workshop, and all of you are in favor of this new policy. Having to pass something, having to pass 'something' should never be a reason. Not videoing the meeting in its entirety will further the divide and continue destroy, continue to destroy public trust. Now is not the time to limit speech. In our great republic, our founders called for robust debate. You are not our rulers. Frankly, the public should have more input, and there should be more back-and-forth. That is how we reach compromises and work together as a community. And I just want to comment on, you know, what was being said about how, how the masks help bring the numbers down. Two charter schools in this county had

similar, if not better, COVID numbers, and they were mask-optional, which, they had very little participation with masks. And I know that because my children go to one of those schools, where almost no staff or children wear masks. We are now into our fourth week with zero COVID cases. So, thank you, and I hope you guys are on the right side of history.

*Id.* at 2:10.

209. Karen Fulton, a Moms for Liberty member, gave the following statements:

> I'm representing Moms for Liberty. . . . In all of my experience with Moms for Liberty, there has been no discussion of anything inappropriate. No violence, no, none of that. I never heard anything like that. And I'm very disappointed that that has been brought against us. I think if anyone had any proof of anything like that, they should bring it forward, because that would be something that we would seriously have a problem with. It's just not right to be accused of something that you're not a part of. It breaks the bonds of trust, and I take that very seriously.
>
> . . .
>
> Why would we restrict these rights in a school board meeting? We have three minutes that we can speak . . . not broadcasting the comments of parents sends a message that what they have to say is unimportant.
>
> . . .
>
> In the case of Sophia, it takes an even greater trust. She's vulnerable. She's can't express herself. So, I'm very disappointed in the situation with her.

*Id.* beginning at 4:47. I did not interrupt Ms. Fulton's comments.

210. Veronica Diaz, a speaker who did not identify herself as a Moms for Liberty member, spoke about Sophia, stating that the situation "alone

should be evidence enough that the School Board is not qualified to make decisions about my child's bodily autonomy or health care." *Id.* at 8:55. Ms. Diaz delivered her comments without interruption.

211.  Moms for Liberty member Molly Williams told the Board the following:

> For the last year, you've been selling us something that's impossible, and in doing so you managed to take away our parental rights. You haven't necessarily gone about this in a very wise way. You can shake your head in disagreement [reading from a script, not looking at any particular board members] that this has never been about our parental rights, but it has.

*Id.* at 14:09. I did not interrupt Ms. Williams.

212.  Moms for Liberty member Erin Davison spoke against the Board's COVID-19 mask policy and opposed the proposed changes to the Policy, asking that all public comments continue to be heard and broadcast, including non-agenda public comments. *Id.* at 17:00. I did not interrupt Ms. Davison's comments.

213.  Moms for Liberty member Julie Bywater also criticized the proposed changes to the Policy, stating:

> The proposed limiting of public comment – I wouldn't get the chance to be heard the way I am being heard tonight, with the amount of speakers typically that we have, I'd be limited to one minute at best.
>
> . . .
>
> You make decisions based on selected information without even

acknowledging the largest stakeholders in the county: the students. This affects them.

*Id.* at 21:00 & 22:12. Ms. Bywater delivered her comments without interruption.

214. Matthew Dawley, a speaker who did not identify himself as being a Moms for Liberty member, also presented statements critical of the Board and its decisions:

> I'm going to be forward and say that something that raises my agitation level to a 10 immediately is self-aggrandizing, and I cannot say how ripe the irony was in the air tonight to see everybody up here take a photo and have the audacity to point to a sign that says 'serve every student with excellence.' Because, as most of the people in this room know, I am an advocate for over a hundred parents who came together, pooled our money together, and filed a lawsuit against the school board. And I'm telling you right now, Sophia is one of many cases. One of many. Special means or not special means. They know about them, because the parents contact them and the staff. Do they care? I do not know. But do they try to resolve the issues? They do not.
>
> . . .
>
> Like oligarchs, you made the decision for them.
>
> . . .
>
> By being an advocate for the parents, I inadvertently became an advocate for teachers. They call me with their problems. Misty Belford knows this, because we had a problem at our school, and the teachers went to their union and got no help, and they contacted me and begged me to call the school board.

*Id.* at 24:08, 25:13, & 25:22. I did not interrupt Mr. Dawley. Because I am the Board Chair, Mr. Dawley was free under the Policy to direct comments to me

directly.

215.  Moms for Liberty member Susan Richards addressed the Board about the reports concerning Sophia, held up a sign with a photograph of Sophia with the tied-on mask stating "This is Child Abuse," and wore a t-shirt stating, "I'm a Mom and a Domestic Terrorist!" I did not interrupt her comments. *Id.* at 32:40.

216.  Moms for Liberty member Judy Stevens discussed how she had reviewed ELA curriculum for grades K-6, and stated:

> While talking with two of the women from the administration about the curriculum, we talked about the learning gap and how that would be handled. And one of them mentioned this great, and at that point I thought perfect, program, which was Thrive by Five.

*Id.* at 37:56. Ms. Stevens also thanked "Dr. Mullins, for tonight clearing up that it's really going to start Monday." *Id.* at 38:58. In addition, Ms. Stevens criticized the proposed changes to the Policy. I did not interrupt Ms. Stevens' comments. Ms. Stevens did not mention specific school staff specifically, and even if she had, she was not discussing matters that would raise privacy or confidentiality concerns. Ms. Stevens was also free to directly address Superintendent Mullins, who is not a member of the Board. Therefore, Ms. Stevens' comments did not violate the Policy and did not require an interruption.

217.  Some members of the audience became unruly at comments by

speaker Joanne Regan, who expressed a pro-mask stance and her point-of-view on the reports about Sophia:

> Regan: [Speaking about Sophia] Somebody took a shoelace and tied a bow on top of her ponytail so that her little ears would be comfortable.

> [Uproar from audience]

> Regan: And people grabbed on this as if . . .

> Haggard-Belford: Audience members, please stop interrupting.

> Regan: People glommed on this and . . .

> [Male audience member shouting something inaudible]

> Haggard-Belford: Ma'am, pause for just a moment. Okay?

> [Audience member still yelling]

> Haggard-Belford: Sir, make your way out, please. Out, please.

> [Audience member still yelling; audience applauds]

> Haggard-Belford: Great. Have a good night. I apologize, Joanne, if you'd like to go ahead and finish.

*Id.* at 43:07. I did not ask the audience member to leave based on his viewpoints. I asked him to leave due to his lack of decorum and his disruption of the Board's ability to conduct its business.

218.    Moms for Liberty member Michelle Beavers began her statement with, "First, I wanted to address Dr. Mullins, just for a moment. You reached out to me the last time we had a meeting, and he corrected some numbers that

103

we had, I had gotten wrong. . . ." *Id.* at 47:46. I did not interrupt Ms. Beavers because the Policy does not limit statements made directly to Superintendent Mullins, who is not a Board member.

219. Ms. Beavers continued by criticizing proposed changes to the Policy and the Board's COVID-19 mask policy. I did not interrupt these comments. Ms. Beavers then turned to the topic of books in school, but she did not preface this topic change and did not inform the Board that she was reading from a book available in a school library:

> Beavers: "I tiptoed toward the door peering through the window at the boy's pants around his ankles squeezed between April's straddled legs as she lay on the teacher's desk. I swung the door open letting the soft light from the hallway shine a spotlight on them. 'Shit,' he muttered, pulling up his pants."
>
> Haggard-Belford: Ma'am, I need for you to keep your language clean, okay?
>
> Beavers: Oh, this was our schoolbooks.
>
> Haggard-Belford: Yeah, I understand, but at this meeting I need for you to not . . .
>
> Beavers: Well, then, you get my point. You get my point right? You get my point? These books are in our school. Are you doing to keep me muted? Because I would like my time back that you muted me for then.

*Id.* at 50:02. I did not mute Ms. Beavers. I also interrupted her based on the Policy's limits on comments that are obscene, abusive, or irrelevant, not for her viewpoint.

220. Ms. Beavers was able to complete her comments without further

interruption:

> These books are in our school. That is my point. That is just one of them. I have another one here, it says, 'See Dick. See Jane. Hear baby Sally cry. See Jane put the knife in bally Sally's neck. Baby Sally is quiet now.' That's just part of it. It also talks about going to other people's houses where your parents aren't going to know what you're doing, encourage people to play games calling strangers that says, 'can you come to my party? Mommy and Daddy left me alone and forgot it was my birthday. Will you come and play at my party?' This is what, this was for a second grade child. A second grader. Can you imagine someone's second grader coming home with a book that says to kill a baby? And it also talks about taking a fake baby and drowning it.

*Id.* at 50:31.

221. The next speaker was Jabari Hosey, the president of Families for Safe Schools, an organization that promotes the use of masks and vaccines in schools. Mr. Hosey stated:

> At the last school board meeting, a resolution was discussed to discourage attacks on board members after six-plus months of this happening to a board member up there today, while many on the board remain silent. This board has spoke on discouraging this behavior in this room, outside of this building, and yet one group, and their associates and/or affiliates, have been the only ones guilty of this. How much times have they been told to quiet down or follow the rules? Arrests were made outside of this building. Remarks have been disrespectful, untruthful, and obligatory hand gestures outside. The list goes on. Yet, two of you who sit on this board, who harp about following the rules, laws, and respect, seem to not have a problem attending private speaking engagements with this group.

*Id.* at 51:48. At this point, I interrupted Mr. Hosey, stating, "Mr. Hosey, keep it directed at me, please, sir." *Id.* at 52:35. I interrupted Mr. Hosey due to the Policy against directing statements directly at specific Board members and

requiring statements be made to the Chair. I did not interrupt Mr. Hosey based on his viewpoint. Mr. Hosey completed the remainder of his statements without further interruption.

222. Another speaker, Sarah Conkling, addressed the FSBA resolution that the Board adopted at the previous meeting and the threats that Board member Jenkins described at that meeting. Ms. Conkling expressed support for Ms. Jenkins and the Board, but also criticized the Board for not utilizing federal law enforcement resources to protect Board members. I did not interrupt Ms. Conkling until her time had expired, expressing (as I did with Board critic Martin McClellan at the September 21, 2021 meeting), "Thank you, ma'am. We appreciate you joining us this evening. Your time is unfortunately up." *Id.* at 53:37-56:37.

223. Ms. Hall delivered the following comments to the Board without interruption:

> I'm here to address agenda item G32 [board policy on public comments]. The proposed 'parent suppression policy' is what I'm calling it. I have watched for over a year now board meetings, how they have become more and more contentious. I have, do, do you remember the May 25th meeting? That was the meeting right after the special meeting ending the mandate. Were meetings during the summer contentious? No. Why do you think that was? I can tell you definitively it was because parents regained control over the health care decisions for their children. The balance was restored. It wasn't until the July 29th meeting when one particular board member brought back the discussion on mask mandates. And just like that, tensions flared because parental rights were once again in jeopardy. The only difference this time is that rules were

established directing school boards that mask mandates were not to be instated during the school year. Don't get me wrong. I am not, I'm not 100% against this policy change. I actually agree with the proposed time reduction based on the number of speakers. It actually makes sense to do this and forces speakers to get to their point. My real issue is with the policy changes that reduce the comments to one minute regardless of the number of speakers, simply because someone is not speaking to the agenda. Under the new policy, that speaker would be moved to the end of the meeting, and most egregiously, would not be broadcast on the live feed. Didn't this board just pass a resolution denouncing the statements of the National School Board Association about parents? Was that all for show? Because the message this policy sends right now is, 'we don't want you to hear, your voice doesn't matter, and just to make sure you know just how much we don't care about what you have to say, we will turn the cameras off and not allow the public to listen.' I would ask that you remove these parts, these parts of the policy as well as amend your broad statement of 'no signs with obscene messages,' to have a short list of things that are not allowed, such as curse words, threats of violence, etc. Anything else is suppression of speech and further divides the community. If BPS and this board really wanted to restore harmony with parents and quell the tensions in the board room, I would like to suggest a public denunciation of the dangerous and slanderous accusations made against hardworking, concerned parents in our organization by one particular board member. All we want is to protect our children, but what we are met with is false, malicious, and baseless claims that these parents are likened with domestic terrorists and should be under federal investigation. These attacks need to stop. There's absolutely no evidence that Moms for Liberty members have done any of these things to this member. No police reports, no pictures, no videos, no arrests. If there were evidence, we would not condone it, and we have said as much multiple times. The district's silence on those matters is unacceptable and implies their complicitness.

*Id.* at 1:00:15.

224. Finally, Moms for Liberty member Sarah Brightman addressed

the Board regarding critical race theory. I did not interrupt Ms. Brightman's

comments. *Id.* at 1:03:34.

## Conclusion

225. As demonstrated by the information provided above, the Policy is not designed to discriminate against public commenters based on their viewpoints. The purpose of the Policy is to maintain decorum in Board meetings to avoid disruptions that would prevent the Board from conducting its business.

226. The Policy is not applied in a way that discriminates against speakers based on their viewpoints. To the contrary, as the examples above demonstrate, if speakers violate the Policy's neutral requirements, I interrupt speakers regardless of their viewpoints. I have interrupted speakers who seek to thank or praise specific Board members just as I have interrupted speakers who are directing critical comments specifically to individual Board members. I have also interrupted speakers on both sides of the Board's COVID-19 mask policy and on both sides of the Board's 2016 anti-discrimination policy and guidelines.

227. Out of the 13 times that Ms. Hall spoke to the Board between January 19, 2021 and October 26, 2021, I interrupted Ms. Hall only once, very briefly, when she sought to thank Board member Susin directly. In that single instance, Ms. Hall completed the remainder of her comments.

228. I never interrupted Ms. Delaney in the 12 times that she addressed

the Board between January 19, 2021 and October 26, 2021.

229.   Mr. Cholewa addressed the Board four times. I interrupted him during the May 21, 2021 meeting for violating the Policy against directing statements to individual Board members rather than addressing the Chair. I interrupted him during the September 21, 2021 meeting when he violated the Policy by becoming abusive and directing statements to a certain segment of the audience, but I sought to allow him to finish his comments. Only after he continued with his abusive, personally-directed comments, which disrupted the audience and the Board's ability to conduct its business, did I ask Mr. Cholewa to leave. Mr. Cholewa spoke uninterrupted at the October 5, 2021 and October 12, 2021 meetings.

230.   I interrupted Moms for Liberty member Michelle Beavers during the October 26, 2021 when she quoted a book containing an expletive, asking her to keep her language clean in keeping with the Policy limiting obscene language. Ms. Beavers was able to complete her comments, including a description of a second book with which she took issue.

231.   To my recollection, these are the only occasions out of the minimum of 109 times that Moms for Liberty members spoke at Board meetings between January 19, 2021 and October 26, 2021 that I interrupted comments by Moms for Liberty members.

232.   After I began referencing § 877.13, Florida Statutes, at the start of

Board meetings beginning on August 10, 2021, at least 27 Moms for Liberty members spoke at Board meetings a total of at least 53 times.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Misty Haggard-Belford_
MISTY HAGGARD-BELFORD

Sworn to and subscribed before me on this 29th day of November, 2021, by Misty Haggard-Belford, who ✓ is personally known to me or who ___ has produced _____ as identification, and who did take an oath.

NOTARY PUBLIC, STATE OF FLORIDA
Signature: _Ronna R. Schindler_
My Commission Expires: _2/15/2024_
Print Name: _Ronna R. Schindler_

RONNA R. SCHINDLER
MY COMMISSION # GG 934992
EXPIRES: February 15, 2024
Bonded Thru Notary Public Underwriters

46746878 v1

# EXHIBIT 1

# 0169.1 - PUBLIC PARTICIPATION AT BOARD MEETINGS

The Board recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest.

Members of the public shall be given a reasonable opportunity to be heard on a proposition before the Board.

For purposes of the policy, a proposition is an item before the Board for a vote, and includes, but is not necessarily limited to, all items on the agenda noted as unfinished business, consent, and nonconsent. A proposition may also include a vote on a motion to rescind or to amend action previously taken, but does not generally include items on the special order agenda. A proposition does not include items wherever found on the agenda upon which the Board votes in its quasi-judicial capacity.

The opportunity to be heard need not occur at the same meeting at which the Board takes official action on the proposition if the opportunity occurs at a meeting that is during the decision-making process and is within reasonable proximity in time before the meeting at which the Board takes the official action. This policy does not prohibit the Board from maintaining orderly conduct or proper decorum in a public meeting.

The opportunity to be heard is subject to policies adopted by the Board as follows:

A. Guidelines regarding the amount of time an individual has to address the Board

   1. Each statement made by a member of the public shall be limited to three (3) minutes duration. Persons will be recognized in the order in which the requests were received.

   2. The time period may be extended by the presiding officer.

B. Procedures for allowing representatives of groups or factions on a proposition to address the Board

   Rather than all members of groups or factions for or against a proposition addressing the Board at meetings in which a large number of individuals wish to be heard, the Board may require representatives of such groups or factions to address the proposition in their representative capacity.

C. Procedures or forms for an individual to use in order to inform the Board of a desire to be heard

   Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting by completing a speaker's form at the entry of the meeting hall indicating his/her support, opposition, or neutrality on a proposition; and indicating his/her designation of a representative to speak for him/her or his/her group on a proposition if required by the Board.

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

A. Public participation shall be permitted as indicated on the order of business and before the Board takes official position on any action item under consideration.

B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.

C. Participants must be recognized by the presiding officer and will be requested to preface their comments by an announcement of their name, address, and group affiliation, if and when appropriate.

D. Each statement made by a participant shall be limited to three (3) minutes duration, unless extended by the presiding officer. Persons will be recognized in the order in which the requests were received.

E. All statements shall be directed to the presiding officer; no person may address or question Board members individually. Staff members shall not be expected to answer questions from the audience unless called upon by the Board Chairman or the Superintendent.

F. Tape or video recordings are permitted under the following conditions:

   1. No obstructions are created between the Board and the audience.

   2. No interviews are conducted in the meeting room while the Board is in session.

   3. No commentary, adjustment of equipment, or positioning of operators is made that would distract either the Board or members of the audience while the Board is in session.

G. The presiding officer may:

   1. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, personally directed, abusive, obscene, or irrelevant;

   2. request any individual to leave the meeting when that person does not observe reasonable decorum;

   3. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;

   4. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action.

The portion of the meeting during which the participation of the public is invited shall be limited to thirty (30) minutes, unless extended by a vote of the Board, except that all speakers who signed up to speak and who were outside of the thirty (30) minutes time limit may address the Board at the end of the meeting. In addition, up to thirty (30) minutes of public discussion shall be allowed for each agenda action item.

No Board action shall be taken on requests made during public discussion unless the Board declares the matter to be an emergency in accordance with current law. Any other requests that the Board chooses to take action on shall be placed on an agenda for a subsequent meeting.

The requirement for public comment on action items does not apply to:
an official act that must be taken to deal with an emergency situation affecting the public health, welfare, or safety, if compliance with the requirements would cause an unreasonable delay in the ability of the Board to act;

A. an official act involving no more than a ministerial act, including, but not limited to, approval of minutes and ceremonial proclamations;

B. a meeting that is exempt from F.S. 286.011 (the Public Meetings Law);

C. a meeting at which the Board is sitting in its quasi-judicial capacity.

D.　These exceptions do not affect the right of a person to be heard as otherwise required by law or Board policy.

Revised 7/22/14

**© Neola 2013**

Legal
F.S. 286.011
F.S. 286.0114

# EXHIBIT 2



| Book | Policy Manual |
|------|---------------|
| Section | 0000 Bylaws |
| Title | PUBLIC PARTICIPATION AT BOARD MEETINGS |
| Code | po0169.1 |
| Status | Active |
| Adopted | May 1, 2002 |
| Last Revised | October 26, 2021 |

## 0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest.

Members of the public shall be given a reasonable opportunity to be heard on a proposition before the Board.

For purposes of the policy, a proposition is an item before the Board for a vote, and includes, but is not necessarily limited to, all items on the agenda noted as unfinished business, consent, and nonconsent. A proposition may also include a vote on a motion to rescind or to amend action previously taken, but does not generally include items on the special order agenda. A proposition does not include items wherever found on the agenda upon which the Board votes in its quasi-judicial capacity or under Board discussion and information (policy changes appearing under information may be commented on as an agenda item).

The opportunity to be heard need not occur at the same meeting at which the Board takes official action on the proposition if the opportunity occurs at a meeting that is during the decision-making process and is within reasonable proximity in time before the meeting at which the Board takes the official action. This policy does not prohibit the Board from maintaining orderly conduct or proper decorum in a public meeting.

The opportunity to be heard is subject to policies adopted by the Board as follows:

    A. Guidelines regarding the amount of time an individual has to address the Board.

        i. Agenda Items

            a. If there are ten (10) public speakers or less, each speaker shall have three (3) minutes to address the Board.

            b. If there are eleven (11) to twenty (20) public speakers, each speaker shall have two (2) minutes to address the Board.

            c. If there are twenty-one (21) or more speakers, each speaker shall have one (1) minute to address the Board.

            d. Persons will be recognized in the order in which the requests were received.

            e. The time period may be extended by a vote of the Board.  No speaker may transfer their time to any other person.

        ii. Non-Agenda Items

            a. For all public speakers addressing non-agenda items, each speaker will have one (1) minutes to address the Board.

            b. All non-agenda comments will occur after the Board concludes its business agenda and will occur off-air (will not be broadcast as a part of the Board meeting).  A brief recess may be taken by the presiding officer to allow the cameras to be turned off and allow those wishing to leave the premises without disrupting the non-agenda speakers.  The Board will adjourn after the last non-agenda public comment is made.  No additional business will occur once the cameras are off, other than adjourning the meeting, the time of which will be noted in the minutes.

    B. Procedures for allowing representatives of groups or factions on a proposition to address the Board

        Rather than all members of groups or factions for or against a proposition addressing the Board at meetings in which a large number of individuals wish to be heard, the Board may require representatives of such groups or factions to address the proposition in their representative capacity.

    C. Procedures or forms for an individual to use in order to inform the Board of a desire to be heard

        All attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting by completing a speaker's form at the entry of the meeting hall indicating his/her support, opposition, or neutrality on a proposition; and indicating his/her designation of a representative to speak for him/her or his/her group on a proposition if required by the Board.  The signup period for all public comments, agenda and non-agenda, will close at the start of the Board meeting.

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

    A. Public participation shall be permitted as indicated on the order of business and before the Board takes official position on any action item under consideration.

    B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.

    C. Participants must be recognized by the presiding officer and will be requested to preface their comments by an announcement of their name, address, and group affiliation, if and when appropriate.

    D. Each statement made by a participant shall be limited as provided above, unless extended by a vote of the Board. Persons will be recognized in the order in which the requests were received, and based upon whether they are agenda or non-agenda speakers.

    E. This is the Business meeting of the Board, as such, all statements shall be directed to the presiding officer; no person may address or question Board members individually. Staff members shall not be expected to answer questions from the audience unless called upon by the presiding officer or the Superintendent.

    F. Tape or video recordings are permitted under the following conditions:

        1. No obstructions are created between the Board and the audience.

        2. No interviews are conducted in the meeting room while the Board is in session.

        3. No commentary, adjustment of equipment, or positioning of operators is made that would distract either the Board or members of the audience while the Board is in session.

    G. Signs are permitted under the following conditions:

        1. They do not contain obscene or otherwise inappropriate content (if it would be inappropriate for a school it is inappropriate for the meeting).

        2. The top edge of the sign must remain below shoulder height so as not to block any other persons view of the Board from the seating area, or block the cameras recording the meeting.

        3. No signs, flags, banners, or other similar items will be permitted attached to poles.

    H. The presiding officer may:

        1. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, personally directed, abusive, obscene, or irrelevant;

        2. if a speaker is called during the agenda public comment time, but their comment is not in regard to an agenda item, the presiding officer may terminate their comment and move them to the non-agenda portion of the meeting;

        3. request any individual to leave the meeting when that person does not observe reasonable decorum;

        4. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;

        5. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action.

The portion of the meeting during which the participation of the public is invited shall be limited to a reasonable time to allow the Board to conduct its business in an efficient manner.  The above scale of time for public comment is deemed by the Board to be reasonable, however, should a situation arise that the Board believes additional modifications to the public comment times need to be made, the Board may make additional adjustments with a majority vote of the Board.

No Board action shall be taken on requests made during public discussion unless the Board declares the matter to be an emergency in accordance with current law. Any other requests that the Board chooses to take action on shall be placed on an agenda for a subsequent meeting.

The requirement for public comment on action items does not apply to:

    A. an official act that must be taken to deal with an emergency situation affecting the public health, welfare, or safety, if compliance with the requirements would cause an unreasonable delay in the ability of the Board to act;

    B. an official act involving no more than a ministerial act, including, but not limited to, approval of minutes and ceremonial proclamations;

    C. a meeting that is exempt from F.S. 286.011 (the Public Meetings Law);

    D. a meeting at which the Board is sitting in its quasi-judicial capacity.

    E. These exceptions do not affect the right of a person to be heard as otherwise required by law or Board policy.

Revised 7/22/14
Revised 10/26/21

**© Neola 2013**

Legal                    F.S. 286.011

                            F.S. 286.0114