# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MOMS FOR LIBERTY - BREVARD
COUNTY, FL; AMY KNEESSY;
ASHLEY HALL; KATIE DELANEY;
and JOSEPH CHOLEWA,

    Plaintiffs,

v.                                            Case No. 6:21-cv-1849-RBD-GJK

BREVARD PUBLIC SCHOOLS;
MISTY HAGGARD-BELFORD;
MATT SUSIN; CHERYL
MCDOUGALL; KATYE
CAMPBELL; and JENNIFER
JENKINS,

    Defendants.
_____

## ORDER

Before the Court are:

1. Defendants' Motion to Strike Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction and Exhibits Thereto (Doc. 31 ("Defendants' Motion"));

2. Plaintiffs' Motion for Leave to File a Corrected Reply Pursuant to This Court's November 8, 2021 Order (Doc. 34 ("Plaintiffs' Motion")); and

3. Plaintiffs' Response to Defendants' Motion to Strike (Doc. 35).

The Court previously ordered a briefing schedule on Plaintiffs' motion for

preliminary injunction that allowed Plaintiffs to file a reply of no more than five pages with no rebuttal affidavits. (Doc. 7, p. 2.) But Plaintiffs' reply was fifteen pages and included two rebuttal affidavits. (Docs. 30, 30-1, 30-2.) So Defendants moved to strike the reply. (Doc. 31.) Plaintiffs responded and moved to file a corrected version. (Docs. 34, 35.) But Plaintiffs offered no explanation whatsoever for failing to comply with the Court's Order (Docs. 34, 35; *see* Doc. 7), and the deadline for filing a reply has expired (Doc. 7, p. 2).[1] So the reply is due to be stricken and Plaintiffs' Motion denied.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Defendants' Motion (Doc. 31) is **GRANTED**.

2. Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (Doc. 30) is **STRICKEN**. The Clerk is **DIRECTED** to remove it from the docket.

3. Plaintiffs' Motion (Doc. 35) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 9, 2021.



ROY B. DALTON JR.
United States District Judge

---

[1] Plaintiffs' Motion also included a proposed order and the proposed amended reply, in violation of Local Rule 3.01(d) and (f). (Docs. 34-1, 34-2.)

3