**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

MOMS FOR LIBERTY - BREVARD
COUNTY, FL, AMY KNEESSY,
ASHLEY HALL, KATIE DELANEY
and JOSEPH CHOLEWA,

        Plaintiffs,

v.                                           Case No: 6:21-cv-1849-RBD-GJK

BREVARD PUBLIC SCHOOLS,
MISTY HAGGARD-BELFORD,
MATT SUSIN,
CHERYL MCDOUGALL,
KATYE CAMPBELL and
JENNIFER JENKINS

        Defendants.

---

| | | |
|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** David Randel Osborne, and Ryan Morrison |
| **DEPUTY CLERK:** | Yesenia Gomez | |
| **COURT REPORTER:** | Amie First amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** Gennifer Lynn Bridges, Howard S. Marks |
| **SCHEDULED DATE/TIME:** | December 21, 2021 at 10:00 AM | |

## MINUTES
## Motion Hearing

Case called; appearances made by counsel.
Court hears argument on Motion for Preliminary Injunction.
(Doc 3) Order to follow.
Court is adjourned.

Time in court: 10:00 AM – 10:51 AM; Total time in court: 51 minutes.