UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MOMS FOR LIBERTY – BREVARD COUNTY, FL, et. al,<br><br>*Plaintiffs*,<br><br>v.<br><br>BREVARD PUBLIC SCHOOLS, et. al,<br><br>*Defendants*. | Case No. 6:21-cv-1849-RBD-GJK<br><br>JOINT NOTICE OF MEDIATION |

MEDIATION NOTICE

Please take notice that the parties in this matter shall hold a mediation on the following date and at the stated location:

      DATE:   August 3, 2022

      LOCATION:   Upchurch Watson White & Max
                           1060 Maitland Center Commons
                           Suite 440
                           Maitland, FL  32751

| | |
|---|---|
| Dated: March 24, 2022 | Respectfully submitted, |
| /s/ Howard S. Marks | /s/ Ryan Morrison |
| Howard S. Marks | Ryan Morrison (*pro hac vice*) |
| Florida Bar No.: 0750085 | Martha Astor (*pro hac vice*) |
| Email: hmarks@burr.com | INSTITUTE FOR FREE SPEECH |
| Gennifer L. Bridges | 1150 Connecticut Ave., NW, Suite 801 |
| Florida Bar No.: 0072333 | Washington, DC  20036 |
| Email: gbridges@burr.com | 202-301-3300 |
| Sheena A. Thakrar | rmorrison@ifs.org |
| Florida Bar No.: 871141 | astorm@ifs.org |
| BURR & FORMAN LLP | |
| 200 S. Orange Ave. Suite 800 | David Osborne |
| Orlando, FL  32801 | Florida Bar No.: 70186 |
| Tel:  (407) 540-6600 | GOLDSTEIN LAW PARTNERS, LLC |
| Fax: (407) 540-6601 | 4651 Salisbury Rd., Suite 400 |
| *Counsel for Defendants* | Jacksonville, FL  32256 |
| | 610-949-0444 |
| | dosborne@goldsteinlp.com |
| | *Counsel for Plaintiffs* |

CERTIFICATE OF SERVICE

On March 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Ryan Morrison
Ryan Morrison (*pro hac vice*)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, DC  20036
202-301-3300
rmorrison@ifs.org
*Counsel for Plaintiffs*