UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-01849

MOMS FOR LIBERTY –
BREVARD COUNTY, FL, et al.,

    Plaintiff(s),

vs.

BREVARD PUBLIC SCHOOLS, et al.,

    Defendant(s).
_____/

**AMENDED NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | August 5, 2022 |
| TIME: | 1:00 p.m. |
| PLACE: | Upchurch Watson White & Max<br>1060 Maitland Center Commons, Suite 440, Maitland, FL 32751 |
| MEDIATOR: | Frederick J. Lauten |

DATED this 3rd day of May 2022.

/s/ Frederick J. Lauten
Frederick J. Lauten
Mediator #
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL 32751
407-661-1123 phone  407-661-5743 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 05/03/2022, I electronically filed the foregoing document with the Clerk of the Court using the E-Portal filing system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by the E-Portal.