UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MOMS FOR LIBERTY – BREVARD COUNTY, FL, et. al, <br><br> *Plaintiffs*, <br><br> v. <br><br> BREVARD PUBLIC SCHOOLS, et. al, <br><br> *Defendants*. | Case No. 6:21-cv-1849-RBD-DAB <br><br> UNOPPOSED TIME-SENSITIVE MOTION FOR STATUS CONFERENCE <br><br> REQUEST RULING BY: AUGUST 12, 2022 |

Pursuant to this Court's Case Management and Scheduling Order (Doc. 52 ("CMSO")), Plaintiffs request a telephonic status conference to discuss the remaining deadlines in the CMSO. Defendants do not oppose conducting a status conference, but they do object to any amendment to the CMSO. This motion is time-sensitive because, at present, dispositive motions are due September 1, 2022. Accordingly, Plaintiffs request a ruling by August 12, 2022.

In support, Plaintiffs state:

1. On November 5, 2021, Plaintiffs filed their original complaint in this action (Doc. 1).

1

2. On February 3, 2022, this Court set forth the CMSO governing litigation of this action, setting August 1, 2022 as the deadline for completion of discovery, September 1, 2022 as the deadline for filing of dispositive motions, and trial in February 2023 (Doc. 52).

3. On July 12, 2022, this Court issued an order (Doc. 63) granting Defendants' Motion to Dismiss (Doc. 41) and denying Plaintiffs' Motion for Stay (Doc. 50). This Court also permitted Plaintiffs to file an amended complaint by July 26, 2022.

4. On July 26, 2022, Plaintiffs filed their amended complaint (Doc. 78 ("Amended Complaint")), now the operative complaint in this action.

5. On August 9, 2022—after the discovery deadline and just over three weeks prior to the dispositive motions deadline—Defendants filed their answer and raised nine (9) affirmative defenses to the Amended Complaint (Doc. 81 ("Answer")).

6. On the same date, Defendants filed a motion to strike (Doc. 82 ("Motion to Strike")) certain portions of the Amended Complaint, raising issues concerning the scope of this matter and the relevance of facts developed throughout the course of discovery thus far.  Pursuant to Local Rule 3.01(c), Plaintiffs may respond by August 23, 2022—just nine days before the dispositive motions deadline.

7. Plaintiffs have made every effort to proceed in accordance with the CMSO but submit that the CMSO should be amended to accommodate the case status and parties' motion practice in relationship to the impending summary judgment deadline on September 1, 2022. For example, the parties may be forced to file for summary judgment without knowing the contents of the Amended Complaint under the current CMSO and without the ability for Plaintiffs to investigate Defendants' nine (9) affirmative defenses.

8. Counsel for the parties continue to confer in good faith as to these issues, including their relationship to items yet to be turned over in discovery, but have not reached a resolution.

9. Defendants do not oppose Plaintiffs' request for a status conference to address these issues but do oppose any amendment to the CMSO.

WHEREFORE, Plaintiffs request a status conference to discuss the remaining deadlines in the CMSO.

| | |
|---|---|
| Dated: August 10, 2022 | Respectfully submitted, |
| | /s/ Ryan Morrison |
| David Osborne | Ryan Morrison (*pro hac vice*) |
| GOLDSTEIN LAW PARTNERS, LLC | Martha Astor (*pro hac vice*) |
| 4651 Salisbury Rd., Suite 400 | INSTITUTE FOR FREE SPEECH |
| Jacksonville, FL  32256 | 1150 Connecticut Ave., NW, Suite 801 |
| 610-949-0444 | Washington, DC  20036 |
| dosborne@goldsteinlp.com | 202-301-3300 |
| | rmorrison@ifs.org |
| | astorm@ifs.org |

LOCAL RULE 3.01(G) CERTIFICATION

I certify that on August 10, 2022, that I conferred via telephone with defense counsel regarding the relief requested in this motion in a good faith effort to resolve this dispute before seeking court intervention. Defense counsel does not oppose scheduling a status conference but does oppose amending the CMSO.

/s/ Ryan Morrison
*Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system

/s/ Ryan Morrison
*Lead Counsel for Plaintiffs*

4