UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOMS FOR LIBERTY - BREVARD COUNTY,
FL, AMY KNEESSY, ASHLEY HALL, KATIE
DELANEY and JOSEPH CHOLEWA,

        Plaintiffs,

v.                              Case No. 6:21-cv-1849-RBD-DAB

BREVARD PUBLIC SCHOOLS and MISTY
HAGGARD-BELFORD,

        Defendants.

| UNITED STATES MAGISTRATE JUDGE: | David A. Baker | COURTROOM: | VIDEO CONFERENCE |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | David Randel Osborne<br>Ryan Morrison |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Howard Marks<br>Gennifer Lynn Bridges |
| DATE/TIME:<br>TOTAL TIME: | September 7, 2022<br>11:00-11:23<br>23 minutes | | |

CLERK'S MINUTES
MOTION HEARING [82, 83 & 84]

Case called; appearances taken; procedural setting by the Court.
Motions were addressed.
Order to be entered.