# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-10297-V
Case Style: Moms for Liberty - Brevard County, FL, et al v. Brevard Public Schools, et al
District Court Docket No: 6:21-cv-01849-RBD-GJK

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website. Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1.

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, <u>costs taxed against the appellants</u>.

Please use the most recent version of the Bill of Costs form available on the court's website at <u>www.ca11.uscourts.gov.</u>

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call <u>Bryon A. Robinson</u> at <u>(404) 335-6142</u>.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Djuanna H. Clark
Phone #: 404-335-6151

OPIN-1A Issuance of Opinion With Costs

[DO NOT PUBLISH]

# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-10297

_____

MOMS FOR LIBERTY - BREVARD COUNTY, FL,
AMY KNEESSY,
ASHLEY HALL,
KATIE DELANEY,
JOSEPH CHOLEWA,

                              Plaintiffs-Appellants,

*versus*

BREVARD PUBLIC SCHOOLS,
MISTY HAGGARD-BELFORD,
Chair, Brevard County School Board, in her official and individual capacities,
MATT SUSIN,
Vice Chair, Brevard County School Board, in his official and individual capacities,

2                    Opinion of the Court                    22-10297

CHERYL MCDOUGALL,
Member, Brevard County School Board, in her official and individual capacities,
KATYE CAMPBELL,
Member, Brevard County School Board, in her official and individual capacities, et al.,

                                               Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01849-RBD-GJK

————————————

Before WILSON, JILL PRYOR, Circuit Judges, and RUIZ,[*] District Judge.

PER CURIAM:

Plaintiffs-Appellants Moms for Liberty–Brevard County, FL and four of its members challenged as unconstitutional the Public Participation Policy utilized by Defendants-Appellees Brevard Public Schools and the individual members of its school board.

---

[*] Honorable Rodolfo A. Ruiz II, United States District Judge for the Southern District of Florida, sitting by designation.

| 22-10297 | Opinion of the Court | 3 |
|---|---|---|

Appellants filed a Motion for Preliminary Injunction, which the district court denied. *See Moms for Liberty–Brevard Cnty., FL v. Brevard Pub. Schs.*, 582 F. Supp. 3d 1214, 1217 (M.D. Fla. 2022). Appellants timely appealed.

After review of the parties' briefs, and with the benefit of oral argument, we find no abuse of discretion in the district court's thorough, well-reasoned order. *See Schultz v. Alabama*, 42 F.4th 1298, 1311 (11th Cir. 2022) ("We review a district court's order granting or denying a preliminary injunction for abuse of discretion."). We therefore affirm the district court's order denying Appellants' Motion for Preliminary Injunction.

**AFFIRMED.**