# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 20, 2022

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 22-10297-JJ
Case Style: Moms for Liberty - Brevard County, FL, et al v. Brevard Public Schools, et al
District Court Docket No: 6:21-cv-01849-RBD-GJK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10297

_____

MOMS FOR LIBERTY - BREVARD COUNTY, FL,
AMY KNEESSY,
ASHLEY HALL,
KATIE DELANEY,
JOSEPH CHOLEWA,

                                                    Plaintiffs-Appellants,

*versus*

BREVARD PUBLIC SCHOOLS,
MISTY HAGGARD-BELFORD,
Chair, Brevard County School Board, in her official and individual capacities,
MATT SUSIN,
Vice Chair, Brevard County School Board, in his official and individual capacities,
CHERYL MCDOUGALL,

Case 6:21-cv-01849-RBD-DAB  Document 102  Filed 12/20/22  Page 3 of 3 PageID 2328
USCA11 Case: 22-10297  Document: 50-2  Date Filed: 12/20/2022  Page: 2 of 2

2                                                                22-10297

Member, Brevard County School Board, in her official and individual capacities,

KATYE CAMPBELL,

Member, Brevard County School Board, in her official and individual capacities, et al.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01849-RBD-GJK

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 21, 2022

For the Court: DAVID J. SMITH, Clerk of Court