UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MOMS FOR LIBERTY - BREVARD COUNTY, FL, et. al,<br><br>*Plaintiffs*,<br><br>v.<br><br>BREVARD PUBLIC SCHOOLS, et. al,<br><br>*Defendants*. | Case No. 21-cv-01849-RBD-GJK<br><br>UNOPPOSED MOTION FOR SPECIAL ADMISSION OF NON-RESIDENT LAWYER *PRO HAC VICE*<br><br>January 16, 2023 |

Pursuant to Middle District of Florida Local Rule 2.01, Plaintiffs Moms for Liberty - Brevard County, FL; Amy Knessy, Ashley Hall, Katie Delaney, and Joseph Cholewa (collectively, "Plaintiffs") respectfully move this Court for an order specially admitting Brett R. Nolan of the Institute for Free Speech to practice before this Court in this action. In support:

1. Mr. Nolan has been retained to represent Plaintiffs as co-counsel in all proceedings conducted in this matter. However, Mr. Nolan is not a Florida resident, and he is not a member in good standing of The Florida Bar.

2. Mr. Nolan is a member in good standing of the bar of Kentucky and has been admitted to practice before the United States Supreme Court, United States Courts of Appeals for the Sixth, Ninth, and District of Columbia Circuits, and the United States District Courts for the Eastern and Western Districts of Kentucky.

3. Mr. Nolan has not maintained a regular practice of law in Florida.

4. Mr. Nolan has not appeared in any state or federal court in Florida in the last thirty-six months.

5. Mr. Nolan otherwise satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in The Florida Bar, submission of an application, and payment of a periodic fee. Mr. Nolan:

    a. is familiar with 28 U.S.C. § 1927;

    b. is familiar with and will be governed by the federal rules of procedure as well as the local rules of this Court;

    c. will register with the Middle District's CM/ECF system;

    d. will maintain with the clerk his current telephone number, mailing address, and email address; and

    e. will comply with, and remain familiar with, the ethical requirements of The Florida Bar.

WHEREFORE, Plaintiffs respectfully move this Court for an order admitting Brett R. Nolan to practice before this Court.

Dated: January 16, 2023

Respectfully submitted,

| | /s/ David Osborne |
|---|---|
| Ryan Morrison | David Osborne |
| (*pro hac vice*) | GOLDSTEIN LAW PARTNERS, LLC |
| Brett R. Nolan* | 4651 Salisbury Rd., Suite 400 |
| (*pro hac vice* to be sought) | Jacksonville, FL  32256 |
| INSTITUTE FOR FREE SPEECH | 610-949-0444 |
| 1150 Connecticut Ave., NW | dosborne@goldsteinlp.com |
| Suite 801 | |
| Washington, DC  20036 | |
| 202-301-3300 | |
| rmorrison@ifs.org | |
| bnolan@ifs.org | |
| *Admitted only in Kentucky, | |
| supervised practice per D.C. App. R. 49(c)(8) | |

*Counsel for Plaintiffs*

- 4 -

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs have conferred with counsel for opposing parties, who do not object to the relief sought in this motion.

Dated: January 16, 2023.        /s/ David Osborne
                                David Osborne
                                GOLDSTEIN LAW PARTNERS, LLC
                                4651 Salisbury Rd., Suite 400
                                Jacksonville, FL  32256
                                610-949-0444
                                dosborne@goldsteinlp.com

                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On January 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ David Osborne
David Osborne
GOLDSTEIN LAW PARTNERS, LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL  32256
610-949-0444
dosborne@goldsteinlp.com

*Counsel for Plaintiffs*
