# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MOMS FOR LIBERTY – BREVARD
COUNTY, FL; AMY KNEESSY;
ASHELY HALL; KATIE DELANEY;
and JOSEPH CHOLEWA,

    Plaintiffs,

v.                                           Case No. 6:21-cv-1849-RBD-DAB

BREVARD PUBLIC SCHOOLS; and
MISTY HAGGARD-BELFORD,

    Defendants.
_____

## ORDER

The Court is *sua sponte* continuing this case. In light of the Court's congested civil calendar, the Court requires additional time to rule on the parties' cross-motions for summary judgment. (Docs. 90, 91.)

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **CONTINUED** to the March 2023 trial term and the Final Pretrial Conference currently scheduled for Thursday, January 19, 2023, is rescheduled for **Thursday, February 16, 2023, at 3:00 p.m.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 17, 2023.

ROY B. DALTON JR.
United States District Judge