UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MOMS FOR LIBERTY – BREVARD COUNTY, FL, et. al,<br><br>*Plaintiffs*,<br><br>v.<br><br>BREVARD PUBLIC SCHOOLS, et. al,<br><br>*Defendants*. | Case No. 6:21-cv-1849-RBD-DAB<br><br>NOTICE OF APPEAL |

All Plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on February 14, 2023 (Doc. 117), and all orders that merge into the final judgment, including, but not limited to, the July 12, 2022 Order (Doc. 63), and the February 13, 2023 Order (Doc. 115).

Dated: February 28, 2023

Respectfully submitted,

/s/ Ryan Morrison

David Osborne
GOLDSTEIN LAW PARTNERS, LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL  32256
610-949-0444
dosborne@goldsteinlp.com

Ryan Morrison (*pro hac vice*)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, DC  20036
202-301-3300
rmorrison@ifs.org

*Attorneys for Plaintiffs*

-2-

CERTIFICATE OF SERVICE

On February 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Ryan Morrison
*Lead Counsel for Plaintiffs*