UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOMS FOR LIBERTY – BREVARD
COUNTY, FL; AMY KNEESSY;
ASHLEY HALL; KATIE DELANEY;
and JOSEPH CHOLEWA,

      Plaintiffs,

v.                                      Case No. 6:21-cv-1849-RBD-DAB

BREVARD PUBLIC SCHOOLS; and
MISTY HAGGARD-BELFORD,

      Defendants.

_____

## ORDER

This cause is before the Court on the Eleventh Circuit's opinion (Doc. 131) and mandate (Doc. 132) reversing the Order of this Court granting summary judgment to Defendants (Doc. 115). The Eleventh Circuit remanded the case to this Court with instructions to conduct further proceedings consistent with its opinion. (Doc. 131, p. 31.)

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The Clerk is **DIRECTED** to reopen the case.

2.     By **Monday, January 6, 2025**, the parties are **DIRECTED** to file a joint notice detailing their positions on proposed next steps in this case and

implementing the Eleventh Circuit's instructions.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 19, 2024.

ROY B. DALTON, JR.
United States District Judge