UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOMS FOR LIBERTY – BREVARD COUNTY, FL; AMY KNEESSY; ASHLEY HALL; KATIE DELANEY; and JOSEPH CHOLEWA,

    Plaintiffs,

vs.

BREVARD PUBLIC SCHOOLS; and MISTY HAGGARD-BELFORD,

    Defendants.

Case No. 6:21-cv-1849-RBD-RMN

## ORDER

    This matter is before the Court after a review of the docket. On March 26, 2025, Plaintiffs lodged a proposed bill of costs. Dkt. 154. Although the 14-day notice period provided by Federal Rule of Civil Procedure 54(d)(1) has passed, the Clerk has not yet taxed costs. Nevertheless, on April 9, 2025, Defendants filed an "objection" to Plaintiffs' proposed bill of costs. Dkt. 156.

    Rule 54(d)(1) provides the procedure for seeking and challenging taxable costs. *See* Fed. R. Civ. P. 54(d)(1). After a prevailing party lodges a proposed bill of cost, the clerk will "tax costs

on 14 days' notice." *Id.* Once the clerk does this, a party required to pay costs may ask the Court to review the Clerk's taxation of costs by filing a "motion served within the next 7 days." *Id.*

Defendants' objection is not a motion, as required by Rule 54(d)(1). Nor does it contain the certification required by Local Rule 3.01(g).

Accordingly, it is **ORDERED**:

1. The Clerk is directed to tax costs, as directed by Federal Rule of Civil Procedure 56(d)(1); and

2. If Defendants wish to challenge the Clerk's taxation of costs, they must file a motion, as required by Rule 54(d)(1), that complies with the requirements of Local Rule 3.01.

**DONE** and **ORDERED** in Orlando, Florida, on April 10, 2025.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record