# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MOMS FOR LIBERTY – BREVARD COUNTY, FL; AMY KNEESSY; ASHLEY HALL; KATIE DELANEY; and JOSEPH CHOLEWA,

    Plaintiffs,

vs.

BREVARD PUBLIC SCHOOLS; and MISTY HAGGARD-BELFORD,

    Defendants.

Case No. 6:21-cv-1849-RBD-RMN

## REPORT AND RECOMMENDATION

This matter is before the Court Plaintiff's Motion for Entitlement to Attorneys' Fees and Expenses (Dkt. 155), filed on March 28, 2025. Defendants responded that they do not oppose Plaintiff's entitlement, but reserve the right to challenge the amount of fees and expenses sought by Plaintiffs. Dkt. 159. Because Defendants do not oppose and because Plaintiffs are the prevailing party pursuant to § 1988, I recommend the Court grant Plaintiff's Motion for entitlement to attorneys' fees.

## I. RECOMMENDATION

Accordingly, I respectfully **RECOMMEND** the Court:

1. **GRANT** Plaintiff's Motion for Entitlement to Attorneys' Fees and Expenses (Dkt. 155); and

2. **DIRECT** Plaintiff to file a Supplemental Motion for Attorneys' Fees pursuant to Local Rule 7.01(c).

### Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on June 10, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 3 -

Copies to:

Hon. Roy B. Dalton, Jr.

Counsel of record