UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOMS FOR LIBERTY – BREVARD
COUNTY, FL; AMY KNEESSY;
ASHLEY HALL; KATIE DELANEY;
and JOSEPH CHOLEWA,

    Plaintiffs,

v.                                                 Case No. 6:21-cv-1849-RBD-RMN

BREVARD PUBLIC SCHOOLS; and
MISTY HAGGARD-BELFORD

    Defendants.
_____

## ORDER

Before the Court is Plaintiffs' unopposed Motion for Entitlement to Attorney's Fees and Expenses.[1] (Doc. 155.) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should grant the motion. (Doc. 166 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

---

[1] Defendants reserve the right to challenge the amount of fees and expenses sought by Plaintiffs.

1. The R&R (Doc. 166) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiffs' motion (Doc. 155) is **GRANTED**

3. Plaintiffs are **DIRECTED** to file a supplemental motion and supporting documentation on the amount of fees pursuant to Local Rule 7.01(c).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 27, 2025.



ROY B. DALTON, JR.
United States District Judge